# EXHIBIT A

*Water Dancer* was written by Coates, Chris Jackson, Nicole Counts and Victoria Matsui. They confessed to being part of an army of secret agents at war with the Plaintiff.

| ***The Water Dancer*** |
|---|
| **(I)** "… It is a blessing to be here, **to be at war with them**. We are an outpost in that army that you now know as the Underground. Everyone living here is part of that army, though we can give no tell of such things … **They're all agents**, though they work in different ways. Some of them work the house. They are read, as you are, and have put that skill to use. Paper is important in this – freedom papers, wills and testaments … The house agents always got an ear to the ground. They study. They know the gossip. They know the journals. They know of influence in their region, but no one in the region really knows them. **And then there are others**."<br><br>P.161 |
| **(II)** "But there are others who cannot be remanded to the house, for they feel the walls pushing in. They are the ones who remember the first time they ran, and it was so glorious to them, to be in defiance against everything they had ever been told … That is the field agent. The **field agents** are different. They go into plantations and lead the Task up off of them. The field agents are daring … And we need each other. We work together. Same army …"<br><br>P.162 |
| **(III)** So I trained to be an agent, trained in the Mountains at Bryceton, Corrine's family stead, along with other agents recruited for the Underground. You will **forgive me for not saying much about my fellow agents** … We are not yet past a time when scores are settled and vengeances sought, do many of us must, even in this time, remain Underground.<br><br>P.163 |

Coates, Chris Jackson, Nicole Counts, and Victoria Matsui confessed to (i) forging documents, (ii) stealing Plaintiff's identity, (iii) learning Plaintiff's language, (iv) copying Plaintiff's arrangement of words, and word choice, (vi) stealing Plaintiff's "special knowledge" and masking the piracy.

| ***The Water Dancer*** |
|---|
| **(IV)** "But I have not let them dictate to me, Hiram," she said, holding the envelope. "And I have not simply read, my boy. I have learned their language and custom – even those that should be beyond my station, especially those that should be beyond my station, and that has been the seed of my liberty."<br><br>She walked over and placed the package before me. |

"Open it," she said.

This I did and found inside of it a life of a man. There were letters to family. There were authorizations. There were certificates of sale.

"This is yours for the week," she said. We can't hold on to this man's effects forever. What we have here is a selection, random enough so that its absence should not alarm him."

"And what am I to do?" I asked.

"Learn him, of course," she said. "This is a lesson in their customs. A way of comprehending all of those things beyond your station. He is a gentleman, of some education and schooling, as are many of the great slave-holders in this country."

I must have looked confused because Corrine now said, "What do you think you've been studying down here?"

I said nothing. She continued on, "What we do is not idle exercise, nor Christian improvement. First you learn what they know, in the general. And then you learn them in the specific – their words and their hand. Own the man's special knowledge and you shall own the measure of the man. Then you might fashion the costume, Hiram, and make it yours to fit."

I began to study the very next day. Quickly I ascertained that all the documents were drawn up by the same hand. Studying them, a portrait began to emerge. From the artifacts of the author's life – the balance of his ledgers, his communications with his wife, his journal entries upon certain deaths, the accounting off consecutive harvests – the man, in all his traits and foibles, was summoned before me. I saw his daily habits, his routines, his particular philosophy, and by the final hour, having never know him, I could render nearly all his features.

Corrine met me again, a week later, in the library. I provided her with all I had ascertained, and under her rigorous interrogation, I provided even more. What was his wife's favorite flower? How regular were their departures? Did this man love his father? Had he yet turned gray? Where did he stand in society? And how ancient was his fortune? Was he given to the infliction of random cruelties? I responded to every query – I had, with my gift of memory, inhaled all the facts of the man's life. But Corrine pushed on to questions that went beyond the facts that might be committed to memory to matters of interpretation. Was he a good man? What did he covet in life? Was he the sort to revel in perceived wrongs? The next night she picked up this line of inquiry and pushed me to construct the man down to the last loose thread of his waistcoat. On the following night of interrogation, I found that the more speculative questions came easier, and then by the last night they were so easy that I felt them to matters of my own life. And that was the point of it all.

"Now," she said. "You have read well enough to know this man to be in possession of a particular property of which he is most fond."

"The jockey, yes." I replied. "Levity Williams."

"The same," she said. "This man will need a day-pass for the road, a letter of introduction for the further portion, and finally free papers signed by his master. You will provide these."

She pulled from the case a tin and handed it to me. Opening it, I saw a fine pen, and by handling, it, I knew it was the same weight as the one often employed by the object of my study.

"Hiram, the costume must fit," she said. "The day-pass must be done with the same hurried disregard, the letters must have all that official flourish, and the freedom papers the same arrogance that is surely the right of these vile people."

There was still the practical fact of copying his signature and penmanship. But here my memory and gift of mimicry triumphed. It was no different than what I'd done all those years ago, when Mr. Fields showed me the image of the bridge. Harder were the man's beliefs and passions, and my ability to convey them with confidence and ease, as though they were my own. I never forgot that lesson. It was essential to what I became, to what I unlocked and saw.

I don't know if those documents ever loosed Levity Williams. Everything we did was done under so much secrecy. But still, in forging these documents I felt something new arising in me and the new thing was power. The power extended out from my right arm, projected itself through the pen, and shot out through the wilderness, right at the heart of those who condemned us.

Soon this became a regular labor. Every few weeks, Corrine presented me with a new package. And each week I fitted myself to the costume, so that when I finished, I was sometimes unsure of where I ended and the Taskmaster began … I nearly loved them. My work demanded no less: I must reach beyond all my particular hatred and pain, see them in their fullness, and then, with my pen, strike out and destroy them . . .

And we did much more than that. We returned the documents edited and augmented. Our forgeries encouraged feuds. We altered inquests. We lent proof of fornication. My anger was now free and ranged beyond Maynard and my father, aimed now at all Virginia, an anger I sated each night, under the lanterns, at the long library table.

Pages 166-169

Coleman Hughes of *The Free Press* explains how Coates collaborated with fellow agents, Ms. Hannah-Jones (and others) on *The 1619 Project*:

| Coleman Hughes, *The Fantasy World of Ta-Nehisi Coates*, The Free Press, October 2, 2024 |
| --- |
| **(4)** Mythmaking, rather than history, dominates the book's third essay, "Bearing the Flaming Cross," where we learn that Coates had an intimate view of *The 1619 Project* as it was being created by Nikole Hannah-Jones … As Coates tells it, the backlash to The 1619 Project practically fell out of the sky … resulted from a characteristically American unwillingness to face our past.<br><br>"Nikole is my homegirl," Coates writes. And he "had the great fortune of watching her build 'The 1619 Project,' of being on the receiving end of texts with highlighted pages from history books," and more. "Seeing the seriousness of effort, her passion for it, the platform she commanded, and the response it garnered," Coates realized that "a backlash was certain to come."<br><br>P.8 |