# EXHIBIT D

Plaintiff's description of mass incarceration from *Shock Exchange* in comparison to *13th*.

> Before quantifying the black tax – unemployment and incarceration – I would expect to see a sharp rise in unemployment starting in the late 1970s and early 1980s as the U.S. manufacturing base began to erode. Black men worked their way into middle class status by traveling to northern cities and California where manufacturing jobs were in abundance. The decline in U.S. manufacturing has hurt the economy overall, but African Americans especially. The inverse of this conclusion is that black men, for whatever reason, have been less successful in transitioning from the manufacturing sectors to the service sectors of the economy.
>
> The above chart illustrates the employment-to-population ratio by sex and race, and measures the proportion of the population employed. This may be a better proxy for the true employment picture. The employment-to-population ratio for African-American men in 2010 was 53.1%, as compared to 65.1%, 67.5% and 68.0% for white, Asian and Hispanic men, respectively. Prior to seeing the data I would have expected a sharp decline in the ratio for black males starting in the mid-80s as the country's manufacturing base began to erode. However, the figures were relatively unchanged in 1980 (60.4%) and in 2000 (60.2%), yet fell precipitously by 2010. It reiterates the adage that "when America catches cold, black America catches pneumonia."
>
> There was no noticeable difference in the employment-population ratio amongst women from different racial groups. Overall, the employment-to-population ratio for all women has increased since the early 1970s as more women have entered the workplace. Yet the differential in the ratio between black women and black men is the smallest vis-à-vis other ethnic groups. For instance, in 2010 the differential in the ratio between black men and black women (1.6%) was much less than that of whites (11.1%), Asians (14.5%) and Hispanics (10.4%). The differential may be symptomatic of a U.S. service economy more comfortable with black women in the workplace.
>
> The rate of incarceration also reflects the additional costs of being black in America. One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration. The abnormally high rate for African Americans is a known truth in the black community. After doing some research, I found that the U.S. has the highest incarceration rate of any country in the "free world."
>
> The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. The incarceration rate is a function of admissions, times length of stay. Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S.

prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). Even more damning is the fact that a high percentage of white males are incarcerated in local jails with shorter stays, causing less of a disruption for their families. In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family. Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking.

Senior year, Dr. Hendley presented us with a case involving a town with an exploding population of dogs. The town manager had a dilemma – to control the population by either spaying male dogs or female dogs. The logical answer would be to spay the male dogs, since they were the "obvious" culprits. However, if the ratio was 10 female dogs per 10 male dogs and he spaded as many as six male dogs, the remaining four could still service 10 female dogs. Instead, the town manager spaded the female dogs and the dog population decreased proportionately. To that point, attempting to "spay" drug dealers does not have the same impact on the drug trade as spaying the user through incarceration, treatment, or education. In no way am I attempting to dissect the criminal justice system, but simply presenting data that supports what Grandma always knew – if you are black in America, odds are you are going to the pen.

P.52 - P.54

Below is a summary of the two analyses side-by-side.

| ***13th*** | ***Shock Exchange*** |
|---|---|
| **(I)** The U.S. is home to 5% of the world's population but 25% of the world's prisoners. [President Barack Obama, 0:00 mark]<br><br>A little country with 5% of the world's prison population having 25% of the world's prisoners … One out of four human beings with their hands on bars, shackled, in the world is locked up here, in the land of the **free**. [Van Jones, 0:00 mark)<br><br>We had a prison population of 300,000 in 1972. Today, we have a prison population of 2.3 million. The United States now has the | U.S. has higher incarceration rate of any country in the **free** world.<br><br>*Shock Exchange* included a chart of the U.S. at 743 per 100,000 residents and its closest-to-scale competitors, Rwanda (595), Russia (568), Georgia (547) and U.S. Virgin Isles (549). |

| | |
|---|---|
| highest rate of incarceration in the world. [Bryan Stevenson, 0:30 mark] | |
| **(II)** We had a prison population of 300,000 in 1972. Today, we have a prison population of 2.3 million. [Bryan Stevenson, 0:30 mark] | The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. |
| **(III)** Lifetime likelihood of imprisonment for white males: 1 in 17. [*13th*, 1:23:00 mark]<br><br>The Bureau of Justice reported that one in three young, black males is expected to go to jail or prison during his lifetime, which is an unbelievably shocking statistic. [Bryan Stevenson, 1:23:00 mark]<br><br>Black men account for 6.5% of the U.S. population. They make up 40.% of the U.S. population. [*13th*, 123:30 mark]<br><br>We now have more African Americans under criminal supervision than all the slaves in the 1850s. [Senator Cory Booker, 1:23:30 mark]<br><br>[Reporter: Police here are cracking down on crack dealers.] Usually black or Hispanic, Latino, they were getting long sentences for possession of crack. [David Dinkins, 23:00 mark]<br><br>These sorts of disparities under Reagan quickly exploded into the era of mass incarceration. [Jelani Cobb, 23:30 mark] | Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). |
| **(IV)** "A war on drugs." And that utterance [from President Nixon] gave birth to this era where we decided to deal with drug addiction and drug dependency as a crime issue rather than a health issue. Hundreds of thousands of people were being sent to jails and prisons for simple possession of marijuana, for **low-level offenses**. [Bryan Stevenson, 16:30 mark]<br><br>We've got an opportunity to make a difference at a time when overall violent crime rates have been dropping at the same time as incarcerations last year for the first | Nor will it (criminalization) ever reduce drug trafficking … Attempting to "spay" drug dealers does not have the same impact on the drug trade as spaying the user through incarceration, treatment, or education.<br><br>Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for **low-level drug transactions** and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking. |

| | |
|---|---|
| time in 40 years.[1] [President Barack Obama, comments from El Reno Federal Correctional Institution in El Reno, Oklahoma, on July 16, 2015, 1:18:30 mark] | |
| **(V)** President Richard Nixon was the first to coin the term 'a war on drugs,' but President Ronald Reagan turned that rhetorical war into a literal one … The modern war on drugs was declared by Ronald Reagan in 1982. [Michelle Alexander, 19:30 mark]<br><br>And some people say, "Well how can you join the person declaring the war on drugs with someone like Ronald Reagan?" I joined with Nancy Reagan because she said, "Just say no …" we're not talking about locking up people … We're talking about prevention. [Charlie Rangel, 20:30 mark]<br><br>In the mid-1980s we were already starting to embark on a war on drugs … along comes this drug, crack cocaine … This was just going to just take over communities, in particularly, African American communities … Congress in virtually record time established mandatory sentencing penalties for crack that were far harsher than those for powder cocaine … [Mark Maurer, 22:00 mark].<br><br>Cocaine was more sophisticated. It was just a powder … [Charlie Rangel, 23:00 mark]<br><br>In many ways, the **so-called** war on drugs was a war on communities of color … [Angela Davis, 25:00 mark] | Reagan's **so-called** war on drugs turned out to be nothing more than a war on African Americans. The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world.<br>The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, the Wall Street Journal was "so alarmed" that it even had a forum where experts advised African-American women to seek out white males for marriage partners. P. 80. |
| **(VI)** Newt Gingrinch: Crack was largely an inner-city issue and cocaine was largely a suburban issue … We absolutely should have treated crack and cocaine as exactly the same thing … it also fundamentally violated a sense of core fairness. [Newt Gingrich, 22:30 mark] | Majority of black males jailed in federal prison with longer stays – a phenomenon that has ravaged the black family.<br><br>The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world. The policy has eradicated |

[1] https://www.presidency.ucsb.edu/documents/remarks-following-visit-federal-correctional-institution-el-reno-and-exchange-with

| | |
|---|---|
| A scythe went through our black communities, literally cutting off men from their families … huge chunks just disappearing into our prisons, and for really long times. [Pat Nolen, 23:30 mark]<br><br>When crack cocaine hit in the early '80s there were a lot of mayors and so on who felt very strongly that this is a real threat and they wanted to crack down on it and Rangel was one of the guys pushing for stronger sentencing … Then years later there was an effort to re-write history that there was a racial disparity put in by mean white people. That's not where it came from. [Grover Norquist, 24:20 mark].<br><br>Rangel: It may have seemed like a good idea at the time, but it sure didn't work out as being effective. [Charlie Rangel, 24:40 mark]<br><br>But I want to say a few things about it [mass incarceration] because I signed a bill that made the problem worse. And I want to admit it. There were longer sentences. And most of these people are in prison under state law, but the federal law set a trend. And that was overdone. We were wrong about that. [Bill Clinton at 2015 NAACP national convention, 40:30 mark]. | entire families and threatened to eliminate the African American race as we know it. P. 80. |
| **(VII)** When you commit a third violent crime you will be put away and put away for good. Three strikes and you are out. [Bill Clinton speech, 36:30 mark]<br><br>A person's convicted of their third felony, essentially that person is mandated to prison for the rest of their lives. [Glenn Martin, 37:00 mark]<br><br>"Mandatory sentencing." We said we would no longer going to let judges consider the circumstances around a crime. We're just going to impose a mandatory sentence. [Bryan Stevenson, 37:00 mark] | Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. |

| | |
|---|---|
| Serious, violent criminals serve at least 85% of their sentence. [Bill Clinton speech, 38:00 mark]<br><br>We passed Truth in Sentencing Law which kept people imprisoned for 85% of their sentence … We had parole in the country as a mechanism for getting people out of jails and prisons when it was clear that they were no longer a threat to public safety. [Bryan Stenson, 38:00 mark]<br><br>We've done away with parole. So, in the federal system, when you get 20 to 30 years, that's what you got. [David Keene, 38:00 mark]<br><br>Sharanda has spent the last 16 years in prison and she will die there because she was sentenced to life without parole. Her only crime? Transporting cocaine … I mean only crime. She had no other arrests … The judge was required to send Sharanda away for life. [*The Nightly Show With Larry Wilmore*, November 2015, 38:30 mark ]<br><br>And then comes to Congress with a proposal for a $30 billion federal crime bill of 1994 that was heavily loaded towards enforcement incarceration. [Mark Maurer, 38:30 mark]<br><br>Again we see this kind of notching up of the number of people who were arrested at every level and this kind of exploding prison population. [Jelani Cobb, 40:00 mark] | |
| **(VIII)** Nixon's Southern strategy was implemented right after the civil rights movement. He played on fear of crime and law and order to win the election easily. Reagan promised tax cuts to the rich, and to throw all the crack users in jail, both of which devastated communities of color but were **effective in getting the Southern vote**. In 1981 just before Reagan assumed the presidency, his campaign strategist, Lee | Reagan was defeating Jimmy Carter by a landslide. **But there was still hope.** Virginia was up next. When the screen showed **Reagan had taken Virginia by a huge margin** and it was clear that he was going to be the next president, Suzie exclaimed "Black folks are going to catch hell now!" P. 75 |

| | |
|---|---|
| Atwater, was caught on tape explaining the Southern strategy. | |
| **(IX)** In 1981 just before Reagan assumed the presidency, his campaign strategist, Lee Atwater, was caught on tape explaining the Southern strategy. "…You're getting so abstract now. You're talking about **cutting taxes** … totally economic things and the by-product of them is blacks get hurt worse than whites. | Reagan had become a disciple of "supply-side economics" whereby (i) you provided **tax cuts** to businesses and the wealthy and (ii) additional spending and investing provided by the tax cuts would pay for themselves … Reagan's budget director, David Stockman, admitted the theory was pure folly … P. 77 |
| **(X)** There was a crisis in the U.S. economy at that time. [James Kilgore, 21:00 mark]<br><br>"I regret to say that we are in the worst economic mess since the Great Depression." [President Reagan, 21:00 mark … This is an excerpt from 1981 address to the nation where Reagan describes the stagflation – rising costs and rising unemployment – faced by the country.] | I tried to understand the uncertainty and pain the American public was experiencing. The stagflation of 1991-1992 would ultimately cost President George W. Bush his job … All signs of the "perfect storm" kept pointing back to one man – Ronald Reagan. P. 75 |
| There is a frontal assault on institutions designed to assist human beings, on the education system, welfare, on jobs, healthcare. [Angela Davis, 21:00 mark] | Reagan proposed budget cuts of $16 billion, which included, but were not limited to (i) $7 billion in "discretionary" funding appropriated annually for government programs … (ii) $5 billion by delaying cost-of-living increases in entitlement programs, (iii) $1.5 billion reductions in Medicare, Medicaid and aid to low-income families with dependent children, and (iv) $300 million by reducing the federal workforce. Pages 77 – 78 |
| The idea of expanding the freedom of American business and the entrepreneurial class. [John Hagan, 21:30 mark] | Reagan introduced a tax bill that included (i) across-the-board cut in personal income taxes of 25%, (ii) accelerated depreciation of business [expenses] which lowered … taxes payable to the government. P. 77 |
| We will save $1.8 billion in fiscal year **1982**. [Reagan address] | That tax cuts and economic growth that were below Reagan's original budget projections had some economists predicting a budget deficit of up to $70 billion in **1982** … Reagan proposed budget cuts of $16 billion … Pages 77-78 |

Plaintiff's conclusion on mass incarceration from *Shock Exchange* is inspired by a case study from Dr. Bill Hendley's advanced economics class at Hampden-Sydney College in 1989.

Plaintiff's expression of mass incarceration is written from an economic perspective. By simply cutting the drug supply – removing drugs off the street or locking up drug dealers – authorities will not reduce the flow of drugs. Regulators must address the demand side. There was nothing like it in the marketplace when Plaintiff published *Shock Exchange*.

Plaintiff triangulates around various metrics – U.S. incarceration rates and their growth over time, U.S. incarceration rate relative to that of the rest of the world, Black male incarceration rate compared to that of white males, and non-violent criminals as a percentage of the U.S. prison population – to determine "mass incarceration" materializes by 2011. Plaintiff's unique expression – the "Baker Mass Incarceration Index" – (i) proves the U.S. incarceration rate is divorced from violent crime and (ii) determines when "mass incarceration" is triggered and when it is not. Plaintiff's unique expression proves the incarceration rate is divorced from violent crime. The index is part science and art, and Ralph W. Baker, Jr. is the best person to interpret it.

Ta-Nehisi Coates admitted *Shock Exchange's* expression of mass incarceration and its suggested remedy were unique, and described how he plagiarized it for *The Black Family In The Age Of Mass Incarceration* ("2015 Essay"). *Baker v. Hannah-Jones*, No. 25-300, DktEntry: 100-1, Appendix: GGG. In an April 2015 panel discussion at Duke University, Coates describes how the popular narrative on mass incarceration is that it started in 1970:

> The mass incarceration life story is that in 1970, we went a little crazy and started jailing a bunch of people. We responded to real crime trends. We just kind of went overboard. Suddenly, we looked up and we had more incarcerated people than any nation on Earth. 800,000 more people than are incarcerated in China, a country with nearly a million more people. Don't know what happened. (Around the 39:30 mark).[2]

In a March 2015 discussion at Craig Newmark School of Journalism, Coates was ecstatic about his piece for mass incarceration:

> I'm working on this thing about mass incarceration … The Atlantic likes to put its foot down on certain issues and say 'Okay. We're going to try and do something big about this. We're going to try to make some sort of statement …' You have to, you know do something different. One of the things I'm working on I'm working on this thing about mass incarceration. That's like the creative sort of challenge. 'Everybody's talking about mass incarceration. What do you have to say that's different?
>
> Oh god, I can't tell you what's different. I'm sorry … At that moment when you realize that, 'Ohh this is being talked about in every place in the world and every outlet and here is the thing … Here is the thing that folks are missing …' Here is the thing that everyone is underestimating. And frankly, here is the reason why it probably won't get fixed.[3]

According to the 2011 data the U.S. is the most-incarcerated country in the world – even among countries without the rule of a law. This is non-sensical. The incarceration rate grew from 200

[2] "Reparation: A Roundtable Discussion with Ta-Nehisi Coates," Scholars and Publics, YouTube, April 13, 2015.

[3] "Ta-Nehisi Coates in Conversation with A.O. Scott and Anna Holmes," Craig Newmark Graduate School of Journalism, YouTube, March 20, 2015. (Around the 45:00 to 47:00 mark).

per 100,000 residents in the mid-90s to 743 by 2010 – a compound annual growth rate of about 8%. This also in non-sensical. Crime is not growing at a rate to justify this rapid growth in incarceration. Black males are incarcerated at about 7x the rate of white males (4,797 per 100,000 U.S. residents v. 708 per 100,000 U.S. residents), which is out of balance. The large percentage of non-violent criminals implies the U.S. is locking up non-violent criminals and giving them lengthy sentences as if they are violent criminals. The incarceration rate is thus, divorced from violent crime.

Ms. DuVernay and other Agents mimic Plaintiff's expression of mass incarceration and the Baker Mass Incarceration Index with the goal of superseding it. Plaintiff asserts the U.S. is the most-incarcerated country in the world, which President Barack Obama ("President Obama"), Van Jones ("Jones"), and Bryan Stevenson ("Stevenson") repeat like they just discovered fire. Ta-Nehisi Coates ("Coates") repeated this sentiment for "The Black Family In The Age Of Mass Incarceration" ("2015 Essay"). *Ralph W. Baker Jr. v. Ta-Nehisi P. Coates, et al.*, No. 24-6839, *Baker v. Coates, et al.*, 22-CV-7986 (JPO), Dkt. 150. Stevenson repeats this sentiment for *The 1619 Project: A New Origin Story* ("1619 Book"). *Baker v. Hannah-Jones, et al.*, 25-300, *Baker v. Hannah-Jones, et al.*, 24-CV-8760, Dkt. 5. It there was nothing unique about it, and it had no value to them then why would these Agents keep copying it? *Midler v. Ford*, 849 F.2d 460 (9th Cir. 1988).

Here, Van Jones carefully imitates Plaintiff's word choice. Plaintiff references the "free" world, which connotes countries with western-style democracies as opposed to those under communist rule. Van Jones attempts to capture the peculiarity of *Shock Exchange* by referencing the land of the "free," which connotes U.S. with independence from Britain – nothing remotely related to mass incarceration. "Not only are the words chosen by a superior mind peculiar to itself, but in ordinary life no two descriptions of the same fact will be in the same words …" *Jefferys v. Boosey*, 4 H.L.C. 815, at 869, *Baker v. Coates*, No. 24-6839.

Plaintiff asserts incarceration rates exploded from the mid-'90s to the current period. Stevenson asserts incarceration rates exploded from the '70s to the current period, in an attempt to create the appearance of dissimilarity. *Joshua Meier Co. v. Albany Novelty Mfg. Co.*, 236 F. 2d 144 (2d Cir. 1956). In his 2015 Essay Coates also attempts to tie mass incarceration to the 1970s. *Baker v. Coates*, No. 24-6839. This is a pattern from the defendants. *13th* and Stevenson's analysis lacks rigor; they cannot explain what mass incarceration is, why it materializes in the '70s or when it stops. We have to take their word for it.

In the 1619 plagiarized works, Stevenson and Nikole Hannah-Jones ("Hannah-Jones") assert mass incarceration was created by slavery. *Baker v. Hannah-Jones*, Dkt. 5. In 13th Stevenson asserts it was created by Nixon's war on drugs. The conflicting statements are evidence of copying. Plaintiff understands Coates, Jelani Cobb ("Cobb"), Khalil Gibran Muhammad ("Muhammad"), and Michelle Alexander ("Alexander") all contributed to *13th* and the 1619 plagiarized works.

Plaintiff compares incarceration rates of Black males of 4,797 per 100,000 residents to white males of 708 per 100,000 residents (2011 data). Stevenson and 13th explain incarceration rates of black males v. white males in percentage terms, and Senator Cory Booker compares black male incarceration to the number of slaves in the 1850s. These are crude attempts to create the

appearance of similarity. *Joshua Meier Co.*, 236 F.2d at 147. In the 2015 Essay Coates also explains the incarceration of black males in percentage terms. *Baker v. Coates*, No. 24-6839. Plaintiff illustrates the disparities in incarceration rates between black men and white men, which former New York Mayor David Dinkins repeats.

Cobb asserts these disparities under Reagan quickly exploded into the era of mass incarceration. This contradicts Stevenson and Alexander's narrative that Nixon created mass incarceration. It also contradicts narrative from Stevenson, Hannah Jones and the 1619 plagiarized works – which Cobb contributed to – that slavery created mass incarceration. Cobb's assertion lacks evidence and/or rigor. Former Tufts professor, Kerri Greenidge, came under fire for unsubstantiated claims made in her recent book:

> But skepticism grew as her prose came under the microscope by historians and scholars, including Myra Glenn, an author and retired American history professor at Elmira College. In a 2024 examination of "The Grimkes," Glenn called it "deeply flawed," and called out that Greenidge "all too often lacks the evidence to substantiate many of her major claims."[4]

Plaintiff asserts that treatment and/or education is a better alternative to stopping drug trafficking than locking up drug dealers. Stevenson repeats this sentiment. Plaintiff asserts the war on drugs has resulted in a frequent number of arrests for low-level drug transactions, which Stevenson and President Obama repeat. Plaintiff asserts Reagan's war on drugs was a war on blacks and amplified incarceration, particularly for blacks. Former Congressman Charles Rangel, Mark Maurer and Angela Davis repeat this sentiment. Alexander admits to a war on drugs, but implies it began with Nixon – an attempt to create the appearance of dissimilarity with *Shock Exchange*. Plaintiff references Reagan's "so-called" war on drugs. Ms. Davis references Reagan's "so-called" war on drugs. Here, Ms. Davis carefully imitates Plaintiff's word choice. *Jefferys v. Boosey*, 4 H.L.C. 815, at 869, *Baker v. Coates*, No. 24-6839.

Plaintiff asserts (i) the majority of black males are jailed in federal prison with longer lengths of stay, ravaging the black family and (ii) the increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world. New Gingrich ("Gingrich"), Pat Nolen, Grover Norquist, former Congressman Charles Rangel, and former President Bill Clinton repeat the sentiment. Plaintiff asserts mandatory sentences and a higher length of stay are negatively impacting U.S. prison policy. Bill Clinton, Glenn Martin, Stevenson, David Keene, Mark Maurer and Cobb repeat the sentiment.

In *Shock Exchange* Plaintiff marvels at how Reagan won Plaintiff's home state of Virginia in a landslide in 1980, "We watched as the states rolled in – Reagan was defeating President Jimmy Carter by a landslide … Up next was Virginia, which has always been a Republican state. When the screen showed Reagan had taken Virginia by a huge margin, practically guaranteeing he would be president, Suzie exclaimed, 'Black folks are going to catch hell now!.'"[5] *13th* marvels

---

[4] Chris Nesi, "Historian says its racist to question her – after book about slavery pulled from shelves over inaccuracies," New York Post, July 14, 2026.

[5] *Ralph W. Baker, Jr., Shock Exchange: How Inner-City Kids From Brooklyn Predicted the Great Recession and the Pain Ahead*, Page 75.

at how effective Reagan's so-called "Southern strategy" was effective at helping him win the Southern vote in 1980, carefully imitating *Shock Exchange*. Ibram X. Kendi ("Kendi") also imitated *Shock Exchange* in *Stamped From The Beginning: The Definitive History of Racist Ideas in America* ("Stamped"), "Thanks in part to southern support, Reagan easily won the presidency."[6] Plaintiff sued Kendi for allegedly plagiarizing *Shock Exchange* pursuant to *Stamped* and various "Kendi plagiarized works." *Baker v. Hannah-Jones*, et al., 24-CV-8760.

**1980 Electoral Map - President Of United States**

| | Electoral Votes | | | % of Total | |
|---|---|---|---|---|---|
| | Reagan | Carter | Total | Reagan | Carter |
| DE | 3 | - | 3 | | |
| FL | 17 | - | 17 | | |
| GA | - | 12 | 12 | | |
| MD | - | 10 | 10 | | |
| NC | 13 | - | 13 | | |
| SC | 8 | - | 8 | | |
| VA | 12 | - | 12 | | |
| WV | - | 6 | 6 | | |
| DC | - | 3 | 3 | | |
| AL | 9 | - | 9 | | |
| KY | 9 | - | 9 | | |
| MS | 7 | - | 7 | | |
| TN | 10 | - | 10 | | |
| AR | 6 | - | 6 | | |
| LA | 10 | - | 10 | | |
| OK | 8 | - | 8 | | |
| TX | 26 | - | 26 | | |
| Total South | 138 | 31 | 169 | 82% | 18% |
| | | | | | |
| Northeast | 118 | 4 | 122 | 97% | 3% |
| Midwest | 135 | 10 | 145 | 93% | 7% |
| West | 98 | 4 | 102 | 96% | 4% |
| Total Electoral Votes | 489 | 49 | 538 | 91% | 9% |
| | | | | | |
| Source: Ralph W. Baker, Jr. | | | | | |
| Source: https://www.archives.gov/electoral-college/1980 | | | | | |

The above chart show Reagan won in a landslide – capturing 91% (489 of 538) of total electoral votes. Reagan performed worst in the South; he won 82% of electoral votes in the South versus northeast (97%), Midwest (93%) and west (96%). He only lost six states – Georgia, Maryland, West Virginia, Rhode Island, Minnesota and Hawaii – of which three were in the South; he also lost D.C. It is implausible that the main takeaway for Ms. DuVernay, Henry Louis Gates, Stevenson, Cobb and Agents was how Reagan dominated the South. The only way one can

[6] Ibram X. Kendi, *Stamped From The Beginning*, Page 431.

explain the similitude with *Shock Exchange* is through copying. *Steinberg v. Columbia Pictures Industries*, 663 Supp. 706 (S.D.N.Y. 1987).

The *actual* interview with Atwater [referenced to by *13th*] included narrative on Reagan cutting social services, "… the interviewer asked a question, '… Reagan does get to … the racist side of the Wallace voter by doing away with legal services, by cutting down on food stamps?'"[7] This narrative imitates *Shock Exchange*, which honed on Reagan's cuts to social programs, "Boxed in by Carter's claims that his tax cuts to the wealthy and increased military spending would come at the expense of social programs, Reagan promised not to reduce entitlement spending."[8] Ms. DuVernay framed the Atwater interview as tax cuts and criminalization of crack dealers in order to (i) frame it as an extension of Nixon's Southern strategy and (ii) create the appearance of dissimilarity with *Shock Exchange*.

Ms. DuVernay and *13th* purposely misleads the viewer to believe Reagan's threat to lock up crack dealers helped him win the South during his 1980 election. Reagan's war on drugs didn't occur until after he became president. 13th highlights Reagan's address to the nation on his campaign against drug abuse. [Reagan talk, 19:30 mark]; however, that address took place in 1986 during Reagan's second term. *13th* highlights First Lady Nancy Reagan's famous national "Just Say No" to drugs campaign speech, which took place in 1986.[9] Plaintiff understands crack cocaine did not become a national health crisis until the mid-'80s. [Mark Maurer, 22:00 mark]. It's well-known that black politicians and black activists lobbied Reagan to crack down on drugs because (i) they associated crack cocaine and crack use with violence and (ii) they wanted to get violent drug dealers out of black communities. [Grover Norquist, 24:20 mark]. Reagan's Anti-drug Abuse Act of 1986, which established mandatory minimum sentences for crack cocaine, was not signed until his second term. The framing of Reagan winning the South during his 1980 election by promising tax cuts and to lock up crack dealers was cooked up by DuVernay and Agents. This is evidence of copying.

*Shock Exchange* describes Reagan's tax cuts for the wealthy, downsizing of the government and cuts to social programs that hurt Blacks. DuVernay carefully imitates it and tries to create the appearance of dissimilarity by describing it as Reagan's "Southern strategy" and characterizing it as an extension of Nixon's "Southern strategy." Per Shock Exchange, Reagan and President Obama had the same strategy of "trickle-down" economics, "With QE1, QE2, and the Fed's below-market loan programs, Obama has attached the success of his presidency to the 'trickle-down theory.'"[10] 13th castigates Reagan and his economic policies, carefully imitating *Shock Exchange*. However it praises President Obama throughout, despite the fact that President Obama and Reagan had the same economic policies. The only one can explain the similitude is through copying. *Steinberg v. Columbia Pictures Industries*, 663 Supp. 706 (S.D.N.Y. 1987). Hannah-Jones (1619 plagiarized works) and Kendi (*Stamped*) castigate Reagan and incessantly

---

7 "Lee Atwater explains the Southern Strategy, YouTube, @HistoryisAwkward, January 5, 2025.

8 Ralph W. Baker, Jr., Shock Exchange: How Inner-City in Brooklyn Predicted the Great Recession and the Pain Ahead, Page 77.

9 "CNN: 1986: Nancy Reagan's 'Just say no' campaign," YouTube, CNN, February 28, 2011.

10 Ralph W. Baker, Jr., Shock Exchange: How Inner-City Kids From Brooklyn Predicted the Great Recession and the Pain Ahead, Page 324.

fawn over President Obama. *Baker v. Hannah-Jones*, Dkt. 5. These works are clearly contrived and designed to promote a staged ideology. The similitude between these alleged plagiarized works and Shock Exchange can only be explained through copying. *Steinberg*, at 713.

*Shock Exchange* explains the stagflation – high inflation and high unemployment – a holdover from the Reagan administration. 13th carefully imitates this narrative. In that 1981 Reagan address referenced by 13th, Reagan also described stagflation facing the country, (i) mortgage rates of 15.4% or 2 ½ times the 1960 rate of 6%, and (ii) Reagan's fight against rising unemployment and inflation.[11] *Shock Exchange* describes Reagan's cuts to entitlement programs, government jobs, and healthcare, which Ms. Davis carefully imitates. *Shock Exchange* describes Reagan's tax cuts to the wealthy and the business class, which John Hagan repeats. Shock Exchange describes Reagan's projected budget deficit in 1982, which triggered budget cuts. 13th displays Reagan's address to the country where he projects savings in 1982 from budget cuts.

DuVernay copied 100% of Plaintiff's creative selections for both the 13th interview and the 13th documentary.

[11] https://www.reaganlibrary.gov/archives/speech/address-nation-economy-february-1981

## Anomalies Of Shock Exchange

| | 13th Interview | Total Minutes | % of Total Minutes | 13th Doc | Total Minutes | % of Total Minutes |
|---|---|---|---|---|---|---|
| Criminal Justice | 36 | 37 | 97% | 88 | 100 | 88% |
| Reconstruction | 1 | 37 | 3% | 2 | 100 | 2% |
| Du Bois | - | 37 | 0% | - | 100 | 0% |
| Black Church | - | 37 | 0% | - | 100 | 0% |
| Redlining | - | 37 | 0% | - | 100 | 0% |
| Housing / Wealth / Land | - | 37 | 0% | - | 100 | 0% |
| Revolt, riots, violence, uprisings, unrest | - | 37 | 0% | 4 | 100 | 4% |
| Reparations | - | 37 | 0% | - | 100 | 0% |
| Glass-Steagall, MBS, CDO | - | 37 | 0% | - | 100 | 0% |
| Panic Financial Crisis | - | 37 | 0% | - | 100 | 0% |
| Plaintiff's Personal Story | - | 37 | 0% | - | 100 | 0% |
| Reagan Policies | - | 37 | 0% | 12 | 100 | 12% |
| Massive Resistance | - | 37 | 0% | - | 100 | 0% |
| John Randolph | - | 37 | 0% | - | 100 | 0% |
| Black Music | - | 37 | 0% | - | 100 | 0% |
| Infrastructure | | | | - | | |
| Gingrich / Republicans Combat Democrats | - | 37 | 0% | - | 100 | 0% |
| Blanche K. Bruce | - | 37 | 0% | - | 100 | 0% |
| Rodney King | - | 37 | 0% | - | 100 | 0% |
| Tobacco | - | 37 | 0% | - | 100 | 0% |
| Dexter Avenue | - | 37 | 0% | - | 100 | 0% |
| Blacks Denied School | - | 37 | 0% | 1 | 100 | 1% |
| Interracial Sex | - | 37 | 0% | - | 100 | 0% |
| Large % Of Blacks | - | 37 | 0% | - | 100 | 0% |
| Tax Dollars For Whites | - | 37 | 0% | - | 100 | 0% |
| Brown v. Board | - | 37 | 0% | - | 100 | 0% |
| Civi Rights | - | 37 | 0% | 1 | 100 | 1% |
| Sum | 37 | 37 | 100% | 100 | 100 | 100% |

Source: Ralph W. Baker, Jr.