# EXHIBIT E

Below are substantial similarities between the *13th: A Conversation With Ms. Oprah Winfrey and Ms. Ava DuVernay* and *Shock Exchange*. The conversation took place between Ms. Winfrey and Ava DuVernay ("Duvernay" or "defendant"). Plaintiff understands Ms. DuVernay began her career as a junior publicist for various movie studios before starting her own public relations firm in 1999 at the age of 27.[1] Ms. DuVernay is not considered a thought lead on public relations. How could she be magically be considered a thought leader on mass incarceration, public policy or economics? It is statistically impossible that she created the 13th documentary independent of *Shock Exchange*.

Below is Plaintiff's description of mass incarceration from *Shock Exchange*.

> Before quantifying the black tax – unemployment and incarceration – I would expect to see a sharp rise in unemployment starting in the late 1970s and early 1980s as the U.S. manufacturing base began to erode. Black men worked their way into middle class status by traveling to northern cities and California where manufacturing jobs were in abundance. The decline in U.S. manufacturing has hurt the economy overall, but African Americans especially. The inverse of this conclusion is that black men, for whatever reason, have been less successful in transitioning from the manufacturing sectors to the service sectors of the economy.
>
> The above chart illustrates the employment-to-population ratio by sex and race, and measures the proportion of the population employed. This may be a better proxy for the true employment picture. The employment-to-population ratio for African-American men in 2010 was 53.1%, as compared to 65.1%, 67.5% and 68.0% for white, Asian and Hispanic men, respectively. Prior to seeing the data I would have expected a sharp decline in the ratio for black males starting in the mid-80s as the country's manufacturing base began to erode. However, the figures were relatively unchanged in 1980 (60.4%) and in 2000 (60.2%), yet fell precipitously by 2010. It reiterates the adage that "when America catches cold, black America catches pneumonia."
>
> There was no noticeable difference in the employment-population ratio amongst women from different racial groups. Overall, the employment-to-population ratio for all women has increased since the early 1970s as more women have entered the workplace. Yet the differential in the ratio between black women and black men is the smallest vis-à-vis other ethnic groups. For instance, in 2010 the differential in the ratio between black men and black women (1.6%) was much less than that of whites (11.1%), Asians (14.5%) and Hispanics (10.4%). The

[1] https://en.wikipedia.org/wiki/Ava_DuVernay

differential may be symptomatic of a U.S. service economy more comfortable with black women in the workplace.

The rate of incarceration also reflects the additional costs of being black in America. One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration. The abnormally high rate for African Americans is a known truth in the black community. After doing some research, I found that the U.S. has the highest incarceration rate of any country in the "free world."

The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. The incarceration rate is a function of admissions, times length of stay. Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). Even more damning is the fact that a high percentage of white males are incarcerated in local jails with shorter stays, causing less of a disruption for their families. In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family. Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking.

Senior year, Dr. Hendley presented us with a case involving a town with an exploding population of dogs. The town manager had a dilemma – to control the population by either spading male dogs or female dogs. The logical answer would be to spade the male dogs, since they were the "obvious" culprits. However, if the ratio was 10 female dogs per 10 male dogs and he spaded as many as six male dogs, the remaining four could still service 10 female dogs. Instead, the town manager spaded the female dogs and the dog population decreased proportionately. To that point, attempting to "spade" drug dealers does not have the same impact on the drug trade as spading the user through incarceration, treatment, or education. In no way am I attempting to dissect the criminal justice system, but simply presenting data that supports what Grandma always knew – if you are black in America, odds are you are going to the pen.

P.52 - P.54

| 13th Inteview | *Shock Exchange* |
|---|---|
| **(I)** A lot of these pieces of the doc I think people knew … They knew about the drug wars. They knew about unequal sentencing. But there's something about seeing it all strung together in sort of a primer, which is what I wanted to do, a primer for folks who didn't know. And folks that do know different pieces of it, it's something when you see the puzzle all put together and you see the final picture that informs you in a different way. [Ms. DuVernay, 5:00 mark)<br><br>The other thing is the difference in sentencing. So we have to go through a whole piece in the documentary talking about sentencing disparities. You look at the differences between people who engage with crack cocaine as opposed to powder cocaine. It's the same act of "drug use" if you want to call that a crime. But yet folks who could afford a certain powder and folks who could afford the rock got different … [Ms. DuVernay, 10:00 mark] | Majority of black males jailed in federal prison with longer stays – a phenomenon that has ravaged the black family.<br><br>*Shock Exchange* compares incarceration rates of Black males of 4,797 per 100,000 residents to white males of 708 per 100,000 residents (2011 data).<br><br>Reagan's so-called war on drugs turned out to be nothing more than a war on African Americans. The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world.<br><br>The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, The Wall Street Journal Was so "concerned" that it had a forum where experts advised African American women to seek out white males for marriage partners. P.80 |
| **(II)** "The other thing is the difference in sentencing. So we have to go through a whole piece in the documentary talking about sentencing disparities. You look at the differences between people who engage with crack cocaine as opposed to powder cocaine. It's the **same act of 'drug use' if you want to call that a crime**. But yet folks who could afford a certain powder and folks who could afford the rock got different …" [Ms. DuVernay, 10:00 mark] | Attempting to "spay" drug dealers does not have the same impact on the drug trade as spaying the user through incarceration treatment or education. |
| **(III)** "We absolutely should have treated crack and cocaine as exactly the same thing. I think it was an **enormous burden on the black community**, but it also fundamentally violated a sense of core fairness." [Newt Gingrich, 14:00 mark] | In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family.<br><br>The increase in incarceration for low-level drug offenders and mandatory sentencing led |

| | |
|---|---|
| | to black men becoming the most incarcerated group in the world. The policy has eradicated entire families and threatened to eliminate the African American race as we know it. P. 80. |

### Synopsis Of How 13th Interview Copies *Shock Exchange* Expression

Ms. Duvernay – a publicist – describes the drug wars and unequal sentencing vis-à-vis blacks v. whites. She describes primary arguments made in *Shock Exchange* that mass incarceration was caused by government policy to stop drug dealing, and the unequal sentencing that followed. If the Publicist knew mass incarceration was caused by these events then it begs the question, "What was the purpose of adding narratives on slavery, reconstruction, Birth Of A Nation, the Ku Klux Klan, lynchings and Jim Crow to 13th?" The Publicist admits that she wanted to do a "primer" on mass incarceration that covered the war on drugs and unequal sentencing. This conflicts with her earlier statement where the Publicist intimated she and other Agents got together and "accidentally" came up the narratives for 13th: "Well, that's what documentary filmmaking is, a thinking process because the film wants to be what it wants to be. You can't dictate what the story going to be." [Around the 2:30 mark]. The conflicting statements are evidence of copying.

The publicist implies "drug use" may not be a crime. This mirrors *Shock Exchange* which clearly says drugs users should be given treatment or education, which could tamp down the incarceration rate.

**Key Instances Where DuVernay Prevaricates During *13th* Interview**

The Publicist prevaricated throughout the interview and would not give clear, concise answers to questions. On several occasions Ms. Winfrey answered on behalf of the Publicist, which exactly what an Agent would do. Below, the Publicist could not explain her unique expression in *13th*.

Question: What Did DuVernay Want To Express Through *13th*?

(0:00 mark) Ms. Winfrey: "I recognize that all true art, great expression that impacts people, comes from the center of something. It's a level of expression. So, I'd like to know what was going on with you that you wanted to express through *13th*.

The Publicist: "Oh, goodness. It's such a long time coming for me, being really affected by police interaction."

Ms. Winfrey (appearing skeptical): Hmm.

The Publicist: "Since a little girl growing up in Compton, a heavy police presence there, not feeling safety when I would see police, feeling fear, feeling like they were coming after me or coming after the people in my … [Of Note: Ms. Duvernay pivots to police misconduct, which is not the same as mass incarceration.]

Ms. Winfrey: "So you growing up represented danger, fear." [Of Note: Here, Ms. Winfrey answers on behalf of Ms. DuVernay. When Ms. DuVernay struggled to craft a narrative she thought someone would believe, Ms. Winfrey stepped in to save Ms. DuVernay; this is exactly would an Agent would do. Plaintiff also accused Ms. Winfrey of helping Coates craft a lie pursuant to where the characters in *The Water Dancer* were derived. Baker v. Coates, 1:22-cv-07896-JPO-SLC, Dkt. 126. This is a pattern from Ms. Winfrey, and evidence that *13th* is not Ms. DuVernay's original work.]

[Of Note: Ms. DuVernay expresses fear of the police. Ta-Nehisi Coates also expressed fear of the police throughout *Between the World and Me*, yet he provided no evidence of it. This "fear" appears to be a canned response from these Agents.]

DuVernay: "Which is an interesting way to grow up. Many people think safety, they think relief …"

[Of Note: This speaks to the "Oprahfication" of a subject matter where Ms. DuVernay or other Agents simply have to discuss trauma, fear, slavery, triumph over adversity, et, al., and that acts as a stand-in for any knowledge, expertise or unique insight into the subject matter.[2]]

---

[2] Priyamvada Gopal, "The Jason Arday Affair and the 'Oprahfication' of Antiracism, Zeteo UK, August 10, 2026.

(2:30 mark) "Ms. Winfrey: "How did you decide to how to structure it? What was the thinking process? 'I'm going to ask this person, this person, this person? I'm going to tell the story this way.?"

Ms. DuVernay: "Well, that's what documentary filmmaking is, a thinking process because the film wants to be what it wants to be. You can't dictate what the story going to be. You can go in with an area of focus or key points you want to explore, but really, it's an investigation. You have to go where the story is going to take you."

[Of note: Ms. DuVernay prevaricates again, and refused to answer the question. Ms. Winfrey did not press the Publicist for an answer – exactly what an Agent would do. The Publicist came up with the same answer pursuant to mass incarceration as *Shock Exchange* because she copied the Plaintiff's plan and arrangement, and copied Plaintiff's expression with an attempt to supercede *Shock Exchange*. The Publicist – like all Agents – wants to compete with Ralph W. Baker, Jr. and destroy his life's work.]

## Question: Why Care About "Those People" Who Are Incarcerated?

(11:00 mark) Ms. Winfrey: "I think one of things 13th does … is it allows people to be able to answer that question for themselves: **'Why should I care about those people who are incarcerated?"**

Ms. DuVernay: "People say they cry when they watch it …

Ms. Winfrey: Also realizing how much you didn't care before. I've talked to a lot of people who never even thought about it! Never thought about it!

Ms. DuVernay: "Because they don't have to think about it. But we're a forward-thinking people, if we're members of the world in a way that we believe in justice and dignity, then you have to."

[Of note: Ms. Winfrey pressed Ms. DuVernay twice, and she refused to answer. When Ms. DuVernay doesn't convey that she cares about "those people." She only cares about plagiarizing *Shock Exchange* and competing with Ralph W. Baker, Jr. Ms. DuVernay made 13th four years after *Shock Exchange* was published. Her comment about "we're forward-thinking people," borders on lying.]

## HOW WOULD YOU ADVISE OUR NEW ADMINISTRATION

(20:00 mark) Ms. Winfrey: "Following all in-depth research and the interviews, you're now an expert on this. So, how would you advise our new administration?"

Ms. DuVernay: "The challenge is that you have to care about the issue in order to make change. Reform … historically, reform has always led to further repression. Because reform is really people reshaping these mechanisms … to their own end … I stand more with prison abolitionists like Angela Davis, who say we have to abolish the prison has we know it today."

Ms. Winfrey: "What would that look like?"

Ms. DuVernay: "… It means that the way that the system works now and historically has worked is broken … You have to actually look at it, layer by layer, dismantle it and build something new.

Ms. Winfrey: "But isn't that reform?"

Ms. DuVernay: "No. That is reconstruction … That's reconstructing it … Whenever people talk about reform, it's the Band-Aid … we'll let people who are non-violent offenders out." Those are just all temporary Band-Aids …"

[Of Note: Ms. DuVernay again refuses to answer the question. At this point, Ms. Winfrey is simply helping a random publicist fence stolen property. To imply Ms. DuVernay is an "expert" on anything borders on lying.