# EXHIBIT F

Below is an excerpt from the NYU 2015 Study.

> I this time of increased political polarization, there is one area where we have a genuine chance at bipartisan cooperation: the over-imprisonment of people who did not commit serious crimes. The drop in violence and crime in America has been an extraordinary national achievement. But plainly, our nation has too many people in prison for too long – we have overshot the mark. With just 5 percent of the world's population, we now have 25 percent of its prison population, and an emerging bipartisan consensus now understands the need to do better.
>
> It has been two decades since there was sustained national attention to criminal justice. By 1994, violent crime had tripled in 30 years. Our communities were under assault. We acted to address a genuine national crisis. But much has changed since then. It's time to take a clear-eyed look at what worked and what didn't, and what produced unintended, long-lasting consequences.
>
> So many of these laws worked well, especially those that put more police on the streets. But too may laws were overly broad instead of appropriately tailored. A very small number of people commit a large percentage of serious crimes – and society gains when that relatively small group is behind bars. But some are in prison who shouldn't be, and others are in for too long, and without a plan to educate, train, or reintegrate them into our communities, we all suffer.
>
> The new approach to many roots and just as many advantages: a desire to save taxpayers money; the resolve to promote rehabilitation not recidivism; an obligation to honor religious values; the necessity to alleviate crushing racial imbalances. All of them strengthen this powerful new movement.
>
> Now it's time to focus on solutions and ask the right questions. Can we do a better job identifying the people who present a serious threat to society? If we shorten prison terms, could we take those savings and … restore the prison education programs that practically eliminate recidivism.? How can we reduce the number of prisoners while still keeping crime down?
>
> As the presidential election approaches, national leaders across the political spectrum should weigh in on this challenge – and in this exciting book of essays from the Brennan Center, many of our nation's political leaders step up and offer answers. This, in itself, is deeply encouraging. After decades in which fear of crime was wielded as a political weapon, so many now understand the need to think hard and offer real reforms, which, if implemented, can bring about change in the right way. To address our prison problem, we need real answers, a real strategy, real leadership – and real action.

> So many of these laws worked well, especially those that put more police on the streets. But too many laws were overly broad instead of appropriately tailored. A very small number of people commit a large percentage of serious crimes – and society gains when that relatively small group is behind bars. But some are in prison who shouldn't be, others are in too long, and without a plan to educate, train, and reintegrate them into our communities, we all suffer.
>
> The new approach has many roots and just as many advantages: a desire to save taxpayers money; the resolve to promote rehabilitation not recidivism; an obligation to honor religious values; the necessity to alleviate crushing racial imbalances. All of them strengthen this powerful new movement.
>
> Now it's time to focus on solutions and ask the right questions. Can we do a better job identifying the people who present a serious threat to society? If we shorten prison terms, could we take those savings and … restore the prison education programs that practically eliminate recidivism? How can we reduce the number of prisoners while still keeping crime down?
>
> As the presidential election approaches, national leaders across the political spectrum should weigh in on this challenge – and in this exciting book of essays from the Brennan Center, many of our nation's political leaders step up and offer answers … After decades in which fear of crime was wielded as a political weapon, so many now understand the need to think hard and offer reforms, which if implemented, can bring about this change in the right way. To address our prison problem, we need real answers, a real strategy, real leadership – and real action.

Below is Plaintiff's description of mass incarceration from *Shock Exchange*.

> Before quantifying the black tax – unemployment and incarceration – I would expect to see a sharp rise in unemployment starting in the late 1970s and early 1980s as the U.S. manufacturing base began to erode. Black men worked their way into middle class status by traveling to northern cities and California where manufacturing jobs were in abundance. The decline in U.S. manufacturing has hurt the economy overall, but African Americans especially. The inverse of this conclusion is that black men, for whatever reason, have been less successful in transitioning from the manufacturing sectors to the service sectors of the economy.
>
> The above chart illustrates the employment-to-population ratio by sex and race, and measures the proportion of the population employed. This may be a better proxy for the true employment picture. The employment-to-population ratio for African-American men in 2010 was 53.1%, as compared to 65.1%, 67.5% and 68.0% for white, Asian and Hispanic men, respectively. Prior to seeing the data I would have expected a sharp decline in the ratio for black males starting in the

mid-80s as the country's manufacturing base began to erode. However, the figures were relatively unchanged in 1980 (60.4%) and in 2000 (60.2%), yet fell precipitously by 2010. It reiterates the adage that "when America catches cold, black America catches pneumonia."

There was no noticeable difference in the employment-population ratio amongst women from different racial groups. Overall, the employment-to-population ratio for all women has increased since the early 1970s as more women have entered the workplace. Yet the differential in the ratio between black women and black men is the smallest vis-à-vis other ethnic groups. For instance, in 2010 the differential in the ratio between black men and black women (1.6%) was much less than that of whites (11.1%), Asians (14.5%) and Hispanics (10.4%). The differential may be symptomatic of a U.S. service economy more comfortable with black women in the workplace.

The rate of incarceration also reflects the additional costs of being black in America. One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration. The abnormally high rate for African Americans is a known truth in the black community. After doing some research, I found that the U.S. has the highest incarceration rate of any country in the "free world."

The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. The incarceration rate is a function of admissions, times length of stay. Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). Even more damning is the fact that a high percentage of white males are incarcerated in local jails with shorter stays, causing less of a disruption for their families. In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family. Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking.

Senior year, Dr. Hendley presented us with a case involving a town with an exploding population of dogs. The town manager had a dilemma – to control the population by either spading male dogs or female dogs. The logical answer would be to spade the male dogs, since they were the "obvious" culprits. However, if the ratio was 10 female dogs per 10 male dogs and he spaded as many as six male dogs, the remaining four could still service 10 female dogs. Instead, the town manager spaded the female dogs and the dog population decreased proportionately. To that point, attempting to "spade" drug dealers does not have the same impact on the drug trade as spading the user through

incarceration, treatment, or education. In no way am I attempting to dissect the criminal justice system, but simply presenting data that supports what Grandma always knew – if you are black in America, odds are you are going to the pen.

P.52 - P.54

Below is a summary of the two analyses side-by-side.

| **NYU 2015 Study** | ***Shock Exchange*** |
|---|---|
| **(I)** With just 5 percent of the world's population, we now have 25 percent of its prison population, and an emerging bipartisan consensus now understands we need to do better. [Bill Clinton]<br><br>The U.S. has 5 percent of the world's population, but 25 of its prison population. [Cory Booker]<br><br>The U.S. has 5 percent of the world's population, but 25 percent of its prison population. [Hillary Rodham Clinton]<br><br>The U.S. has 5 percent of the world's population, but 25 percent of its prison population. [Inimai Chettiar]<br><br>One in 100 Americans is currently behind bars. Our nations prisons include one-third of the planet's incarcerated women. [Introduction]<br><br>We have five times as many prisoners as any other advanced democracy. [Mark A.R. Kleinman, UCLA]<br><br>In 1972, there were 300,000 people in jails and prisons. Today, there are 2.3 million. The U.S. has the highest rate of incarceration in the world. [Bryan Stevenson] | U.S. has higher incarceration rate of any country in the free world.<br><br>*Shock Exchange* included a chart of the U.S. at 743 per 100,000 residents and its closest-to-scale competitors, Rwanda (595), Russia (568), Georgia (547) and U.S. Virgin Isles (549). |
| **(II)** Over the last 40 years the U.S. prison population has grown 500 percent. [Kamala Harris, in her official capacity as AG of California] | U.S. incarceration rate increased 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. |

| | |
|---|---|
| To get back to our historical level of incarceration, we would need to reduce the prisoner headcount by 80 percent. [Mark A.R. Kleinman, UCLA]<br><br>Getting back to a civilized level of incarceration while continuing to push crime rates down is out of reach using current policy tools. [Mark A.R. Kleinman, UCLA]<br><br>Incarceration increased six-fold since the '70s, resulting from policymakers' response to violent crime during the '70s. [Marc Levin]<br><br>The growth in incarceration rates in the United States over the past 40 years is historically unprecedented and internationally unique. [Jeremy Travis, President John Jay College of Criminal Justice]<br><br>In 1984, Japan had a population half the size as ours and was incarcerating 50,000 prisoners, compared to 580,000 in the U.S. Japan's total prison population has now increased to 67,000, while ours has quadrupled to 2.3 million. [James Webb] | |
| **(III)** One-third of black men face the prospect of prison during their lifetimes, with devastating consequences for their families. [Hillary Clinton]<br><br>I supported as senator to reduce the unjust federal disparity between crack and powder cocaine law. [Hillary Clinton]<br><br>Likelihood that African American high school dropouts born between 1945 and 1949 serving at least a year in prison before age 34 was 14.7%. For those born a generation later … the risk of imprisonment is 68%. [Jeremy Travis, John Jay College]<br><br>African Americans who make up 13% of the U.S. population – accounted for 30% of those arrested for drug charges, and 38% of all drug offenders sentenced to prison. [James Webb] | Critics blamed the war on drugs for abnormally high incarceration rates for African Americans (4,797 per 100,000) versus white males (708 per 100,000). |

| | |
|---|---|
| **(IV)** How can we reduce the number of prisoners while keeping crime down? The study later cites 13 states already doing this. [Bill Clinton]<br><br>Locking up ever-larger groups of people does not lead to fewer crimes. [Introduction]<br><br>Encouraged by reforms 15 states (Texas, Georgia, New Jersey, California, Virginia, et al.) to reduce incarceration and crime rates. [Cory Booker]<br><br>In 2012, we expanded the mandatory drug court and treatment program to more counties … Drug addiction is a disease. [Chris Christie]<br><br>Sexual predators, violent offenders, and dangerous criminals need to be locked up, but we must provide treatment options and real rehabilitation to those who struggle with drug abuse and addiction. [Mike Huckabee]<br><br>One in five of those incarcerated suffer from severe mental problems that could be treated elsewhere. [David Keene]<br><br>In 2005 Texas shifted from targeting nonviolent offenders. In 2007 incarceration dropped 12% and crime fell 25%. [Marc Levin]<br><br>Texas Judge John Creuzot suggested many low-risk, nonviolent drug offenders should not be incarcerated. The approached allowed Texas to lower incarceration, and reduce crime. [Texas Governor Rick Perry]<br><br>More than 50% of prison and jail inmates in the U.S. have a diagnosed mental illness, a rate nearly five times greater than that of the general population. [Bryan Stevenson]<br><br>We now know that we can reduce crime and reduce incarceration. States like Texas, New | Nor will it (criminalization) ever reduce drug trafficking … Attempting to "spay" drug dealers does not have the same impact on the drug trade as spaying the user through incarceration, treatment, or education. |

| | |
|---|---|
| York, Georgia and California have changed their laws to do just that. For the first time in 40 years, crime and incarceration fell nationwide. [Inimai Chettiar] | |
| **(V)** The government proposed Smarter Sentencing Act of 2015 to reduce mandatory minimums for non-violent drug offenders – without any attribution to Ralph W. Baker, Jr. or *Shock Exchange*. [Senator Cory Booker]<br><br>Too often we let violent criminals slip through the cracks while ensnaring non-violent – and sometimes innocent – people behind bars … In 2014 I introduced legislation that created non-monetary alternatives for low-level offenders while they wait for trial. [Chris Christie]<br><br>Co-sponsored the The Smarter Sentencing Act of 2015, which lowers minimum sentences, and gives judges flexibility in determining the appropriate sentences based on the unique facts and evidence of the case. [Senator Ted Cruz]<br><br>In response to the 2011 U.S. Supreme Court *Brown v. Plata* decision, California passed the Criminal Justice Realignment Act of 2011 ("Realignment"), which shifted incarceration and supervision of low-level, non-violent offenders from state prisons to California's 58 counties. [Kamala Harris, in her official capacity as AG of California]<br><br>The National Academy of Sciences published a report in 2014 that assessed the causes of high rates of incarceration. We recommended reforms to mandatory minimum, long sentences, and drug enforcement. [Jeremy Travis, John Jay College]<br><br>Mandatory minimum, "three strikes you're out," and "truth-in-sentencing" regimes set overly-punitive sentences for defendants. [Inimai Chettiar] | Majority of black males jailed in federal prison with longer stays – a phenomenon that has ravaged the black family.<br><br>Increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world. The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, The Wall Street Journal Was so "concerned" that it had a forum where experts advised African American women to seek out white males for marriage partners. P.80<br><br>About 50% of the U.S. prison population represents non-violent crimes. |

| | |
|---|---|
| **(VI)** If we shorten prison terms, could we take those savings and, … restore the prison education programs …? [Bill Clinton]<br><br>I helped institutionalize the idea, of the 1994 Crime Bill, to have community policing. [Vice President Joe Biden]<br><br>According to the Pew Center, the average prison stay increased 36% since 1990 … Sentence lengths are often wildly disproportionate to the crimes committed. [Inimai Chettiar] | Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. |
| **(VII)** By 1994, violent crime had tripled in 30 years. [Bill Clinton]<br><br>A small number of people commit a large percentage of serious crimes …[Bill Clinton]<br><br>Can we do a better job of identifying the people who present a serious threat to society? [Bill Clinton]<br><br>[Incarceration] is driven by the drug war … We are not focused on locking up violent, dangerous felons … nearly one-third of federal prisoners have little to no prior criminal history. [Cory Booker]<br><br>Violent crime has plunged in recent decades … prisons … continue to grow irrespective of crime rates. [Cory Booker]<br><br>In the 1970s, when crime and violence were escalating, some liberal judges blamed crime on societal shortcomings … Politicians reacted by demanding harsher and longer sentences, and enacting mandatory minimums and "three strikes you're out" laws. [David Keene]<br><br>The department's philosophy to reduce violent crime has paid off tremendously. [Cathy Lanier, Chief of Police, D.C. Metro Police Dept.] | Instead of reducing the level of violent crime, the war on drugs resulted in frequent number of arrests for low-level drug transactions and non-violent offenders.<br><br>Reagan's so-called war on drugs turned out to be nothing more than a war on African Americans. The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world.<br><br>The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, The Wall Street Journal Was so "concerned" that it had a forum where experts advised African American women to seek out white males for marriage partners. P.80 |

| | |
|---|---|
| War on drugs is principally responsible for distrust of the police. The criminal justice system traps nonviolent offenders, particular African-American men. [Senator Rand Paul]<br><br>Mass incarceration has been fueled by misguided drug policy and excessive sentencing. [Bryan Stevenson]<br><br>In 1980, we had 41,000 drug offenders in prison; today we have almost 300,000. This is an increase of over 600% and a significant proportion of this population is incarcerated for possession or nonviolent offenses stemming from drug addition and related behavioral issues. [James Webb]<br><br>While heavily focused on non-violent offenders, law enforcement has been distracted from pursuing more serious violent crimes. [James Webb]<br><br>Half of state prisoners are behind bars for nonviolent crimes; half of federal prisoners are locked up for drug crimes … And 6 out of 10 local jail inmates await trial, though research suggests that as many as 80% could be released with little or no threat to public safety. All told, as many as 1.07 million people may be behind bars without a public safety rationale. [Inimai Chettiar] | |
| **(VIII)** Sixty percent of the 600,000 prisoners who reenter society each year face long-term unemployment. By some estimates, mass incarceration is responsible for as much as 20 percent of the United States poverty rate. [Introduction]<br><br>Incarcerating people increases their propensity to commit future crimes. [Introduction]<br><br>[Incarceration] increases barriers to obtaining a job … This is why state and federal prisons have become revolving doors, with two of every three former offenders getting | One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration.<br><br>Before quantifying the **black tax – unemployment and incarceration** … |

| | |
|---|---|
| rearrested within three years of release. [Cory Booker]<br><br>Having a criminal record makes it more difficult to get a job. [Cornel Brooks, NAACP, citing Devah Pager and Bruce Western]<br><br>His [former incarcerated] chances of finding work in a hurry are slim. If he is not working, he has much free time to get into trouble, and no legal way of supporting himself. This formula for failure leaves us stuck with mass incarceration. [Mark A.R. Kleinman, UCLA] | |

Plaintiff's conclusion on mass incarceration from *Shock Exchange* is inspired by a case study from Dr. Bill Hendley's advanced economics class at Hampden-Sydney College in 1989. Plaintiff's expression of mass incarceration is written from an economic perspective. By simply cutting the drug supply – removing drugs off the street or locking up drug dealers – authorities will not reduce the flow of drugs. Regulators must address the demand side. There was nothing like it in the marketplace when Plaintiff published *Shock Exchange*.

Plaintiff triangulates around various metrics – U.S. incarceration rates and their growth over time, U.S. incarceration rate relative to that of the rest of the world, Black male incarceration rate compared to that of white males, and non-violent criminals as a percentage of the U.S. prison population – to determine "mass incarceration" materializes by 2011. Plaintiff's unique expression – the "Baker Mass Incarceration Index" – (i) proves the U.S. incarceration rate is divorced from violent crime and (ii) determines when "mass incarceration" is triggered and when it is not. The 2015 Study practically acknowledges that its progenitors are beginning to understand mass incarceration and the Baker Mass Incarceration Index only after Shock Exchange was published:

> Our nation is beginning to understand certain fundamental truths. Mass incarceration exists. It is not needed to keep crime down.[1]

Plaintiff's unique expression proves the incarceration rate is divorced from violent crime. The index is part science and art, and Ralph W. Baker, Jr. is the best person to interpret it. Ta-Nehisi Coates admitted *Shock Exchange's* expression of mass incarceration and its suggested remedy were unique, and described how he plagiarized it for *The Black Family In The Age Of Mass Incarceration* ("2015 Essay"). *Baker v. Hannah-Jones*, No. 25-300, DktEntry: 100-1, Appendix: GGG. In an April 2015 panel discussion at Duke University, Coates describes how the popular narrative on mass incarceration is that it started in 1970:

[1] "Solutions: American Leaders Speak Out On Criminal Justice, Brennan Center For Justice, April 27, 2015.

> The mass incarceration life story is that in 1970, we went a little crazy and started jailing a bunch of people. We responded to real crime trends. We just kind of went overboard. Suddenly, we looked up and we had more incarcerated people than any nation on Earth. 800,000 more people than are incarcerated in China, a country with nearly a million more people. Don't know what happened. (Around the 39:30 mark).[2]

In a March 2015 discussion at Craig Newmark School of Journalism, Coates was ecstatic about his piece for mass incarceration:

> I'm working on this thing about mass incarceration ... The Atlantic likes to put its foot down on certain issues and say 'Okay. We're going to try and do something big about this. We're going to try to make some sort of statement ...' You have to, you know do something different. One of the things I'm working on I'm working on this thing about mass incarceration. That's like the creative sort of challenge. 'Everybody's talking about mass incarceration. What do you have to say that's different?
>
> Oh god, I can't tell you what's different. I'm sorry ... At that moment when you realize that, 'Ohh this is being talked about in every place in the world and every outlet and here is the thing ... Here is the thing that folks are missing ...' Here is the thing that everyone is underestimating. And frankly, here is the reason why it probably won't get fixed.[3]

I: *Shock Exchange* asserts the US is the most-incarcerated country in the world, which Bill Clinton, Mrs. Hillary Rodham Clinton, Senator Cory Booker, Bryan Stevenson and several others repeat. The 2015 Study repeats this narrative over 10 times.

II: *Shock Exchange* asserts the growth in the U.S. incarceration rate is untenable, which defendants repeat. Mark A.R. Kleinman implies that we need to reduce the prisoner headcount to "historical levels" or "civilized levels," which are likely at levels implicit in the Baker Mass Incarceration Index.

III: There is a disparity in incarceration rates between black men and whites, which defendants repeat.

IV: *Shock Exchange* asserts treatment – rather than incarceration – would be a better solution to stopping the drug trade and/or crime, which defendants repeat over 10 times.

*Shock Exchange* asserts locking up drug dealers does not stop drug dealing. One could release non-violent criminals and it would not cause violent crime to rise or cause a greater threat to society. Bill Clinton asks how to reduce prisoners while keeping crime down? This carefully imitates the major question *Shock Exchange* answers. The 2015 Study asserts locking up people does not stop crime, carefully imitating *Shock Exchange*. Coates repeated the same narrative in the 2015 Essay – a pattern from these Agents. *Baker v. Coates*, No. 24-6839.

---

2 "Reparation: A Roundtable Discussion with Ta-Nehisi Coates," Scholars and Publics, YouTube, April 13, 2015.

3 "Ta-Nehisi Coates in Conversation with A.O. Scott and Anna Holmes," Craig Newmark Graduate School of Journalism, YouTube, March 20, 2015. (Around the 45:00 to 47:00 mark).

Senator Cory Booker implies this narrative was derived – not from *Shock Exchange* – but from several states that reduced crime rates and incarceration. Of note, is that Senator Booker nor the study gives the racial make-up of those prisoners released. It strains credulity to believe that Senator Booker and NYU visited Texas, Virginia, or Alaska before they realized Kemba Smith should not have been given 24.5 years for having a baby by a drug dealer. The fact pattern suggests they copied Plaintiff's expression and used these states as a false flag.

New Jersey Governor Chris Christie asserts drug use is a disease and users deserve treatment, not incarceration. This carefully imitates *Shock Exchange*.

V: *Shock Exchange* asserts (i) the majority of black males are jailed in federal prison with longer stays, which has ravaged the black family, (ii) mandatory minimum sentences are driving up the length of stay, and (iii) about half of the U.S. prison population is non-violent offenders, implying we are giving non-violent offenders a "length of stay" as if they are violent offenders. Defenders repeat that mandatory minimums are too punitive and need to be reformed, and the need to reduce the number of non-violent offenders in the prison system.

VI: *Shock Exchange* asserts how the growth in the prison population is driven by "length of stay" more so than the number of crimes committed, which defendants repeat.

VII: *Shock Exchange* asserts Reagan's war on drugs has resulted in frequent arrests of non-violent offenders without reducing violent crime. Defendants repeat this as if they had just discovered fire. *Shock Exchange* explains how mass incarceration was triggered by Reagan's war on drugs. Bill Clinton attaches mass incarceration to the rise in crime that began in the 1960s – an attempt to create the appearance of dissimilarity. *Steinberg v. Columbia Pictures Industries*, 663 Supp. 706 (S.D.N.Y. 1987). Here, Bill Clinton implies his 1994 crime bill was meant to tamp down a rise in violent crime. That's not how Plaintiff remembers it. Plaintiff remembers Bill Clinton wanting to appear "tough on crime" – resulting in being tough on blacks – to pacify Newt Gingrich and his republican revolution.

13th also attempts to attach mass incarceration with Nixon and the '60s – a clear pattern from these Agents. Complaint: Exhibit D. *Shock Exchange* is laser focused on how incarceration should be driven by violent crime. Bill Clinton hones in on serious crimes, carefully imitating *Shock Exchange*. Clinton's question about doing a better job of identifying serious threats to society is an insult to Blacks; here Clinton is practically playing in Blacks' faces. Plaintiff recalls this crazy story about Kemba Smith, who had just given birth to a newborn, was given a 24.5 year sentence under mandatory sentencing laws in 1994. Smith was romantically involved with a drug dealer, yet she had never sold a drug.[4] Bill Clinton commuted her sentence, yet it illustrated how mandatory sentences could lead to perverse outcomes. Cory Booker repeats the narrative

[4] "Testimony of Kemba Smith," Federal Sentencing Reporter, VOL. 18, NO. 4, April 2006.

that violent crime has plunged and prisoners have grown irrespective of crime. Coates repeated this narrative in the 2015 Essay. *Baker v. Coates*, No. 24-6839.

VIII: *Shock Exchange* explains the "black tax" – unemployment and incarceration – the cost of being black in America. Defendants describe the link between unemployment and incarceration, and how it disproportionately impacts blacks. The NAACP's Cornel Brooks cites Devah Pager (former Harvard sociology professor) and Bruce Western (Harvard, Columbia). In the 2015 Essay Coates cites Devah Pager and Bruce Western, illustrating a pattern. *Baker v. Coates*, No. 24-6839. In February 2024 Plaintiff previously divulged to the Second Circuit Court of Appeals ("Second Circuit") that Coates and Bruce Western had created an ecosystem from *Shock Exchange*.