# EXHIBIT G

Below is an excerpt from the NYU 2019 Study.

> How can we end mass incarceration in America? By now, the debate is over: our nation grossly over-incarcerates its people. The United States has less than five percent of the world's population and nearly one-third of its prisoners. Astonishingly, if the 2.3 million incarcerated Americans were a state, it would be more populous than 16 other states. All told, one in three people in the United States has some type of criminal record. No other industrialized country comes close. This system grew over decades in plain sight, and only a broad and bold national response will end it.
>
> Mass incarceration has crushing consequences: racial, social, and economic. We spend around $270 billion per year on our criminal justice system. In California it costs more than $75,000 per year to house each prisoner – more than it would cost to send them to Harvard. Mass incarceration exacerbates poverty and inequality, serving as an economic ball and chain that holds back millions, making it harder to find a job, access public benefits, and reintegrate into the community.
>
> Most disturbingly, the system profoundly discriminates against people of color at every juncture. African Americans are more likely to be stopped by police, arrested, detained before trial, and given harsher penalties than whites. As a result, they are imprisoned at more than five times the rate of whites. In some states, this disparity is more than ten to one. For too long, we have tolerated this civil rights crisis.
>
> And mass incarceration simply is not necessary to keep our communities safe. Today, crime and murder rates remain near record lows nationwide. Our cities – many which suffered under a wave of violent crime in the early 1990s – are largely safter than they have been in years. No one is entirely sure what cause the steady crime decline of the past two and a half decades. But it is clear that it owes litter to harsh policies and the resulting in incarceration. In fact, 27 states have reduced both imprisonment and crime together from 2006 to 2014. It is increasingly clear that reforms and safety go together.
>
> For all these reasons, the politics of crime and punishment have changed fundamentally, in ways hard to imagine in an earlier era. Today, polls show widespread support for a less punitive approach. Once incendiary moves such as marijuana legalization or an end to the death penalty are finding political success and rising popularity …
>
> At long last, a vibrant public conversation is underway. A 2015 Brenan Center publication, *Solutions : American Leaders Speak Out on Criminal Justice*, offered proposals from a bipartisan array of elected officials and advocates and helped move criminal justice reform to the center of the 2016 election. Since then, the nationwide consensus in favor of a new direction has only hardened … Last year, Congress took a step forward in overwhelmingly passing the bipartisan First Step

Act. It shortened some of the most extreme federal drug sentences and expanded programming for incarcerated people. The First Step Act … will not fix our deeply broken system. But with both Democrats and Republicans committed to reform, it represents a new baseline …

Over the past few years, the Brennan Center has outlined some key steps toward ending mass incarceration … if the federal government and every state ended imprisonment for lower-level crimes and reduced over long sentences for other crimes, we could safely cut the nation's prison population by 40 percent. Second, if Congress passed a "reverse" of the 1994 Crime Bill to incentivize states through federal grants to decarcerate rather than incarcerate, it could spur nationwide change.[1]

Below is Plaintiff's description of mass incarceration from *Shock Exchange*.

Before quantifying the black tax – unemployment and incarceration – I would expect to see a sharp rise in unemployment starting in the late 1970s and early 1980s as the U.S. manufacturing base began to erode. Black men worked their way into middle class status by traveling to northern cities and California where manufacturing jobs were in abundance. The decline in U.S. manufacturing has hurt the economy overall, but African Americans especially. The inverse of this conclusion is that black men, for whatever reason, have been less successful in transitioning from the manufacturing sectors to the service sectors of the economy.

The above chart illustrates the employment-to-population ratio by sex and race, and measures the proportion of the population employed. This may be a better proxy for the true employment picture. The employment-to-population ratio for African-American men in 2010 was 53.1%, as compared to 65.1%, 67.5% and 68.0% for white, Asian and Hispanic men, respectively. Prior to seeing the data I would have expected a sharp decline in the ratio for black males starting in the mid-80s as the country's manufacturing base began to erode. However, the figures were relatively unchanged in 1980 (60.4%) and in 2000 (60.2%), yet fell precipitously by 2010. It reiterates the adage that "when America catches cold, black America catches pneumonia."

There was no noticeable difference in the employment-population ratio amongst women from different racial groups. Overall, the employment-to-population ratio for all women has increased since the early 1970s as more women have entered

[1] Ending Mass Incarceration: Ideas From Today's Leaders, Brennan Center For Justice at New York University School of Law, May 16, 2019.

the workplace. Yet the differential in the ratio between black women and black men is the smallest vis-à-vis other ethnic groups. For instance, in 2010 the differential in the ratio between black men and black women (1.6%) was much less than that of whites (11.1%), Asians (14.5%) and Hispanics (10.4%). The differential may be symptomatic of a U.S. service economy more comfortable with black women in the workplace.

The rate of incarceration also reflects the additional costs of being black in America. One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration. The abnormally high rate for African Americans is a known truth in the black community. After doing some research, I found that the U.S. has the highest incarceration rate of any country in the "free world."

The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. The incarceration rate is a function of admissions, times length of stay. Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). Even more damning is the fact that a high percentage of white males are incarcerated in local jails with shorter stays, causing less of a disruption for their families. In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family. Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking.

Senior year, Dr. Hendley presented us with a case involving a town with an exploding population of dogs. The town manager had a dilemma – to control the population by either spading male dogs or female dogs. The logical answer would be to spade the male dogs, since they were the "obvious" culprits. However, if the ratio was 10 female dogs per 10 male dogs and he spaded as many as six male dogs, the remaining four could still service 10 female dogs. Instead, the town manager spaded the female dogs and the dog population decreased proportionately. To that point, attempting to "spade" drug dealers does not have the same impact on the drug trade as spading the user through incarceration, treatment, or education. In no way am I attempting to dissect the criminal justice system, but simply presenting data that supports what Grandma always knew – if you are black in America, odds are you are going to the pen.

P.52 - P.54

Below is a summary of the two analyses side-by-side.

| NYU 2019 Study | *Shock Exchange* |
|---|---|
| **(I)** U.S. accounts for less than 5 percent of the world's inhabitants – and about 25 percent of incarcerated inhabitants. [Michael Waldman]<br><br>Despite being home to 5 percent of the world's population, the U.S. houses 25 percent of the world's prison population. [Senator Cory Booker]<br><br>The United States have five percent of the world's population, but its prison system holds nearly 25 percent of the world's prison population. [Jared Kushner, Senior Advisor to President Donald J. Trump]<br><br>They [incarcerated] are part of the world's largest prison population. [Beto O'Rourke] | U.S. has higher incarceration rate of any country in the free world.<br><br>*Shock Exchange* included a chart of the U.S. at 743 per 100,000 residents and its closest-to-scale competitors, Rwanda (595), Russia (568), Georgia (547) and U.S. Virgin Isles (549). |
| **(II)** Between 1980 and 2015, the number of people incarcerated increased from 500,000 to more than 2.2 million. [Derrick Johnson, NAACP]<br><br>Since 1980, our federal prison population has exploded by almost 800 percent, largely a direct result of the War on Drugs – a government policy that mandated longer, more punitive sentences, often for non-violent criminals. [Senator Cory Booker]<br><br>If you look at the 1970s, America is basically where the rest of the industrialized world is in terms of mass incarceration. Fast forward to 2015 … we incarcerate more than 600 people per 100,000 adults. For blacks the rate is five times as high. [Ta-Nehisi Coates]<br><br>There are approximately 2.2 million people in American prisons and jails – a nearly 500 percent increase in 40 years.<br><br>We are just starting to reckon with and undo the legacy of "tough on crime" 1980s and 1990s. Imprisonment rates in the U.S. have increased a dramatic 700 percent since 1970 | U.S. incarceration rate increased 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. |

| | |
|---|---|
| due to draconian sentencing policies. [Senator Bernie Sanders] | |
| **(III)** They [people of color] are imprisoned at more than five times the rate of whites. [Michael Waldman]<br><br>In December 2018, President Trump signed the bipartisan First Step Act into law. [Derrick Johnson, NAACP]<br><br>The new law – the First Step Act – was the most sweeping overhaul of the criminal justice system in a decade and included a provision making retroactive a 2010 law that reduced the egregious discrepancies between sentences for crack cocaine and powder cocaine. [Senator Cory Booker]<br><br>Congress passed the First Step Act , a bipartisan prison and sentencing reform bill. [Inimai Chettiar]<br><br>There is no real difference between drug use or dealing between blacks and whites – blacks are 3.6 times more likely to get arrested for selling drugs. [Senator Cory Booker] Predominantly black and brown communities experience a disproportionate police presence, and the result is a higher-than-average rate of arrest.<br><br>African Americans are nearly four times zs likely as whites to be arrested for drug offenses and six times as likely to be imprisoned. [Inimai Chettiar]<br><br>African Americans make up 40 percent of the incarcerated population – nearly one million people – while constituting only 13 percent of U.S. residents. [Inimai Chettiar]<br><br>Over-policing of some communities contributes to our country's outsized and racially disparate arrested and incarcerated population. [Vanita Gupta] | Critics blamed the war on drugs for abnormally high incarceration rates for African Americans (4,797 per 100,000) versus white males (708 per 100,000). |

| | |
|---|---|
| The First Step Act is just the beginning. [Holly Harris]<br><br>Prosecutors should shift success measures to reducing unnecessary imprisonment, reducing racial disparities, and lowering recidivism rates. [Senator Kamal Harris]<br><br>More than 60 percent of the incarcerated population are people of color … Black men are six time more likely than white men to be incarcerated. [Sherrilyn Ifill]<br><br>It is naïve to believe that legislation like the First Step Act, which was signed by President Trump in 2018, will solve the problem of mass incarceration. [Sherrilyn Ifill]<br><br>African Americans represent just under four percent of the state's (Iowa) inhabitants but 25 percent of its prison population. [Van Jones]<br><br>African Americans are incarcerated at nearly six times the rate of whites. [Van Jones]<br><br>We took an important first step with the passage of the … First Step Act, bringing important reforms to federal prisons and making needed changes to our sentencing laws. [Senator Amy Klobuchar]<br><br>The administration worked closely with Republicans and Democrats … to pass the First Step Act, which revitalizes our criminal justice system to be tough on crime but also be smart on crime. [Jared Kushner, Senior Advisor to President Donald J. Trump]<br><br>African Americans account for 12 percent of adults in the U.S., but make up 33 percent of the incarcerated population. [Senator Elizabeth Warren] | |
| **(IV)** These laws have wasted precious resources by locking up people for low-level crimes instead of focusing on rehabilitation, | Nor will it (criminalization) ever reduce drug trafficking … Attempting to "spay" drug dealers does not have the same impact on the |

| | |
|---|---|
| and have been overwhelmingly disproportionately applied to black, brown and lower-income Americans. [Senator Cory Booker]<br><br>One out of every four people currently in prison is incarcerated for lower-level crime … alternatives to prison like treatment, community service, or probation would work better to rehabilitate and reduce recidivism. [Inimai Chettiar]<br><br>We currently use prisons as warehouses for people who need help. Nearly 80 percent of those in prison suffer from mental health issues, substance abuse issues, or both. [Inimai Chettiar]<br><br>We have to figure out why we look at certain populations of people, see mental health issues, chemical dependency issues, employment issues, or lack of education, and decide that the endpoint for them should be prison. [Ta-Nehisi Coates]<br><br>40 percent of those incarcerated are Black, even though Black people make up 13 percent of the U.S. population. Black people are five times more likely to be incarcerated at some time in their lives than their white counterparts. [Alicia Garza]<br><br>Research has shown that sentences such as treatment and probation work better than incarceration to rehabilitate and reduce recidivism for non-violent offenders. [Kirsten Gilibrand]<br><br>If someone is suffering from drug addiction and charged with possession for the first time, they should got to a drug treatment program – not prison – for counseling and support. People suffering from mental health should go to mental health courts. [Senator Kristen Gilibrand] | drug trade as spaying the user through incarceration, treatment, or education. |

| | |
|---|---|
| One of the most important lessons I learned as Hennepin County Attorney is that you can't break the cycle of drug abuse and destructive behavior just by locking a person up. [Senator Amy Klobuchar]<br><br>Even by conversative estimates, at least 40 percent of the prison population could be released without compromising public safety. [Beto O'Rourke] | |
| **(V)** Black men are 75 percent more likely than similarly situated white men to be charged with federal offenses that carry harsh mandatory minimum sentences. [Senator Cory Booker]<br><br>If the federal government and every state ended imprisonment for lower-level crimes and reduced overly long sentences for other crimes, we could safely cut the nation's prison population by 40 percent. [Michael Waldman]<br><br>Ending imprisonment for lower-level crimes and reducing overly long sentences for other crimes – would safely cut the nation's prison population by 40 percent. [Inimai Chettiar]<br><br>Of the two million people currently incarcerated, more than 450,000 are in jail awaiting trial. They have never been convicted of a crime … Such a plan [to decarcerate] should include sentencing reform and abolishing mandatory minimums. [Alicia Garza]<br><br>We need to use alternatives to prison for low-level, non-violent criminals …25 percent of prisoners nationwide are incarcerated for lower-level, nonviolent offenses … Instituting alternatives to prison for low-level, non-violent offenses would result in thousands fewer federal prisoners without compromising public safety. [Senator Kirsten Gilibrand] | Majority of black males jailed in federal prison with longer stays – a phenomenon that has ravaged the black family.<br><br>Increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world. The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, The Wall Street Journal Was so "concerned" that it had a forum where experts advised African American women to seek out white males for marriage partners. P.80<br><br>About 50% of the U.S. prison population represents non-violent crimes. |

| | |
|---|---|
| Ending the use of prison for lower-level crimes and shortening sentences for others … could reduce the number of people in prison by 40 percent. [Van Jones]<br><br>The prison population is comprised disproportionately of people of color; built on prosecuting some communities for nonviolent drug offenses and not others, even though people of all races use illegal drugs at roughly the same rate. [Beto O'Rourke]<br><br>Research shows that nearly 40 percent of our prison population could safely be released by providing alternatives and treatment for people convicted of lower-level crimes and reducing extreme sentences. [Topeka K. Sam] | |
| **(VI)** If Congress passed a "reverse" of the 1994 Crime Bill to incentive states through federal grants to decarcerate rather than incarcerate, it could spur nationwide change. [Michael Waldman]<br><br>Last year, Congress took a step forward by overwhelmingly passing the bipartisan First Step Act. It shortened some of the most extreme federal drug sentences and expanded programming for incarcerated people. [Michael Waldman]<br><br>The "lock them up and throw away the key" ideology has left people spending far too much of their lives incarcerated for crimes far less serious than their sentences suggest. [Senator Sherrod Brown]<br><br>The 1994 Crime Bill incentivized states to lengthen prison sentences and build prisons … To unwind these incentives, Congress can pass a "reverse" of the 1994 Crime Bill. [Inimai Chettiar]<br><br>We've turned away from the lock-them-up-and-throw-away-the-key policies of the 1980s | Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. |

| | |
|---|---|
| and 1990s, specifically the 1994 Crime Bill. [Holly Harris]<br><br>The 1994 Crime Bill … disproportionately impacted communities for color and accelerated mass incarceration. [Jared Kushner, Senior Advisor to President Donald J. Trump] | |
| **(VII)** Our **so-called** justice system has often functioned as a purveyor of mass injustice by consistently perpetuating racial inequities and corroding the civil liberties of communities of color. [Derrick Johnson, NAACP]<br><br>The War on Drugs – a government policy that mandated longer, more punitive sentences, often for non-violent criminals. [Senator Cory Booker]<br><br>The fraught relationship is partly due to the historical role that law enforcement has played in enforcing and perpetuating injustice: slavery, the Black Codes, lynchings, Jim Crow segregation, and the war on drugs. [Vanita Gupta]<br>I grew up in Worchester, Massachusetts during the advent of the War on Drugs in the 1970s and 1980s. [ Mark Holden]<br><br>We must end a failed war on drugs that has long been a war on people. [Beto O'Rourke]<br><br>Since we began the so-called War on Drugs, imprisonment rates in the U.S. have skyrocketed, exacerbated in part by sentencing laws aimed at locking up men of color. [Senator Bernie Sanders] | Instead of reducing the level of violent crime, the war on drugs resulted in frequent number of arrests for low-level drug transactions and non-violent offenders.<br><br>Reagan's **so-called** war on drugs turned out to be nothing more than a war on African Americans. The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world.<br><br>The policy has eradicated entire families and has threatened to eliminate the African American race as we know it. In September 2011, The Wall Street Journal Was so "concerned" that it had a forum where experts advised African American women to seek out white males for marriage partners. P.80 |
| **(VIII)** Mass incarceration exacerbates poverty and inequality … making it harder to find a job, access public benefits, and reintegrate into the community. [Michael Waldman]<br><br>Black Americans are more likely to have to endure the 40,000 or so collateral consequences that come with a criminal | One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration.<br><br>Before quantifying the **black tax – unemployment and incarceration** … |

| | |
|---|---|
| record, including barriers to public services, education and employment. [Senator Cory Booker]<br><br>Decades of overincarceration have impoverished communities of color, reinforcing the intergenerational wealth gap and creating a destructive cycle of incarceration and poverty. [Inimai Chettiar]<br><br>Once saddled with a criminal record, these people then face more than 40,000 collateral consequences preventing them from obtaining jobs, housing, education, licenses, loans, employment and voting rights. [Mark Holden]<br><br>Black unemployment has always been high compared to the rest of the country but after taking into account incarceration, the unemployment rate for black men is triple the rate of white men. [Van Jones] | |

I: *Shock Exchange* asserts the US is the most-incarcerated country in the world, which defendants and the 2019 Study repeats.

II: *Shock Exchange* asserts the growth in the U.S. incarceration rate is untenable, which defendants and the 2019 Study repeats at least five times.

III: *Shock Exchange* asserts There is a disparity in incarceration rates between black men and whites, which defendants and the 2019 Study repeat. Plaintiff understands the First Step Act was designed to remove some of the disparities in drug sentencing between the races. Plaintiff understands lawmakers presented this act to President Trump, and it was signed into law in 2018. The fact pattern suggests lawmakers used Plaintiff's expression of mass incarceration to craft the First Step Act and feigned no knowledge of Ralph W. Baker, Jr. or *Shock Exchange*. Defendants referenced the First Step Act ad nauseum.

IV: *Shock Exchange* asserts treatment – rather than incarceration – would be a better solution to stopping the drug trade and/or crime, which defendants repeat.

V: *Shock Exchange* asserts (i) the majority of black males are jailed in federal prison with longer stays, which has ravaged the black family, (ii) mandatory minimum sentences are driving up the length of stay, and (iii) about half of the U.S. prison population is non-violent offenders, implying we are giving non-violent offenders a "length of stay" as if they are violent offenders. Defenders repeat this narrative. Defendants also estimate a large number of non-violent criminals

could be released without any addition threat to the public – a major conclusion of *Shock Exchange*.

VI: *Shock Exchange* asserts how the growth in the prison population is driven by “length of stay” more so than the number of crimes committed. Defendants repeat this narrative and reference the 1994 Crime Bill – which set mandatory minimums and increased length of stay – at least three times.

VII: *Shock Exchange* asserts Reagan’s war on drugs has resulted in frequent arrests of non-violent offenders without reducing violent crime. Defendants repeat this narrative.

VIII: *Shock Exchange* explains the “black tax” – unemployment and incarceration – the cost of being black in America. Defendants repeat this narrative at least five times. Van Jones’ narrative is practically verbatim from *Shock Exchange*.