# EXHIBIT H

Below is an analysis of the arrangement of words from *Black AF* versus the *Shock Exchange* mass incarceration arrangement. There is a substantial similarity between the top 5 repeated words and the next 4 repeated words from *Shock Exchange*, and certain passages from *Black AF*. The dissections from *Black AF* occur over pages 2-13.

## *Shock Exchange* – Mass Incarceration Arrangement

Before quantifying the black tax – unemployment and incarceration – I would expect to see a sharp rise in unemployment starting in the late 1970s and early 1980s as the U.S. manufacturing base began to erode. Black men worked their way into middle class status by traveling to northern cities and California where manufacturing jobs were in abundance. The decline in U.S. manufacturing has hurt the economy overall, but African Americans especially. The inverse of this conclusion is that black men, for whatever reason, have been less successful in transitioning from the manufacturing sectors to the service sectors of the economy.

The above chart illustrates the employment-to-population ratio by sex and race, and measures the proportion of the population employed. This may be a better proxy for the true employment picture. The employment-to-population ratio for African-American men in 2010 was 53.1%, as compared to 65.1%, 67.5% and 68.0% for white, Asian and Hispanic men, respectively. Prior to seeing the data I would have expected a sharp decline in the ratio for black males starting in the mid-80s as the country's manufacturing base began to erode. However, the figures were relatively unchanged in 1980 (60.4%) and in 2000 (60.2%), yet fell precipitously by 2010. It reiterates the adage that "when America catches cold, black America catches pneumonia."

There was no noticeable difference in the employment-population ratio amongst women from different racial groups. Overall, the employment-to-population ratio for all women has increased since the early 1970s as more women have entered the workplace. Yet the differential in the ratio between black women and black men is the smallest vis-à-vis other ethnic groups. For instance, in 2010 the differential in the ratio between black men and black women (1.6%) was much less than that of whites (11.1%), Asians (14.5%) and Hispanics (10.4%). The differential may be symptomatic of a U.S. service economy more comfortable with black women in the workplace.

The rate of incarceration also reflects the additional costs of being black in America. One could say that unemployment and incarceration rates are linked in that one (high unemployment) leads to crime and ultimately, incarceration. The abnormally high rate for African Americans is a known truth in the black

community. After doing some research, I found that the U.S. has the highest incarceration rate of any country in the "free world."

The U.S. incarceration rate has increased from 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. The incarceration rate is a function of admissions, times length of stay. Simply based on the number of admissions per capita, the U.S. would not be the world's largest jailor. The U.S. prison policy, highly affected by mandatory drug sentencing, has a higher length of stay relative to the rest of the world. Critics have also blamed the so-called "war on drugs" for the abnormally high incarceration rate of African-American males (4,797 per 100,000 U.S. residents) as compared to that of white males (708 per 100,000 U.S. residents). Even more damning is the fact that a high percentage of white males are incarcerated in local jails with shorter stays, causing less of a disruption for their families. In contrast, the majority of black males are jailed in federal prison with longer stays – a phenomenon that has practically ravaged the black family. Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking.

Senior year, Dr. Hendley presented us with a case involving a town with an exploding population of dogs. The town manager had a dilemma – to control the population by either spading male dogs or female dogs. The logical answer would be to spade the male dogs, since they were the "obvious" culprits. However, if the ratio was 10 female dogs per 10 male dogs and he spaded as many as six male dogs, the remaining four could still service 10 female dogs. Instead, the town manager spaded the female dogs and the dog population decreased proportionately. To that point, attempting to "spade" drug dealers does not have the same impact on the drug trade as spading the user through incarceration, treatment, or education. In no way am I attempting to dissect the criminal justice system, but simply presenting data that supports what Grandma always knew – if you are black in America, odds are you are going to the pen.

## BAF - 1

I eventually realized that my middle room education was the inverse of Woodson's miseducated negro. My mother reverse-engineered a curriculum founded on the words and works of great thinkers like Dorothy B. Porter, Arturo Schomburg, Zora Neal Hurston, and John Edward Bruce, all of whom, in one way or another, are manifestations of Du Bois's mission to manufacture a new measuring tape. I am but a bastard child born with the privilege of wandering into an already constructed house that Du Bois built.

The history I discovered in the middle room wasn't just an alternative version of American history; it was the story of an entirely different place, wholly incompatible with the whitewashed mythology enshrined in our collective memory. I have never known that place because that America, in reality, does not exist.

That story of America is a fantastical, overwrought, and fictive tale. It is a fantasy where Christopher Columbus discovered a land that he never set foot in. It is the story of the Pilgrims on the Mayflower building a new nation. It is George Washington's cherry tree and Abraham Lincoln's log cabin. It is the story of slaves who spontaneously teleported themselves here with nothing but strong backs and a brainful of negro spirituals. It is Betsy Ross's sewing kit and Paul Revere's horse and Thomas Jefferson's pen and Ben Franklins's eyeglasses and George Washington's teeth and liberty and justice for all. And it is a history predicated on lies.

History can never be objective or unbiased because, no matter how hard the storytellers may try, the perception of reality prejudices all stories. The academic field of history is dominated by white men handicapped by the inability to see whiteness's impact on America's biography. The best historians try to approximate the truth by unbending the collection of funhouse mirrors through which the past has been viewed, but it isn't simply a counterfeit version of history, it is a fable that erases the reflection of an entire people to ensure that the mythology of our heroes lives happily ever after.

Because of the middle room, I was not burdened with unbending the funhouse mirror of America's past. For me, the writings of Du Bois, Woodson, and the other Black chroniclers of yesteryear were not counternarratives to a blanched whitewashed version of a somewhat true story. For me, the America that existed in the middle room is the real America. In my education, we are the sun and everything in the history of this nation's existence is simply rotating around the Blackness illuminating our universe.

When we are dead, and all the things that ever were have turned to dust, we will not be history; we will be things that once were. A few of us, however, will have lived a life so notable that a white man might deem it worthy of bending his opposable thumb to register our existence into posterity. The best we can hope for is to become a part of white history because American history is white history. Except for this one. This history is Black AF.

The five most-repeated words for BAF1 were history (12), America (10), middle (8), room (8), white (7). The top five words in Plaintiff's narrative on mass incarceration were black (15), U.S. (11), population (9), incarceration (9), and dogs (9).




BAF1 has a total occurrence of 85% (45 ÷ 53).




The total occurrence for the next 87% (33 ÷ 38).

# BAF – 2

And then there were the coats. Coats were the bane of my childhood existence. I always lost them. I left them on church pews, in cars, and especially at school. And because coats are the most expensive part of a kid's wardrobe, I have received more dressing-downs form my mom about coats than anything except my propensity to forget to pull the garbage can to the curb on trash day. If there is a heaven for jackets, it is almost certainly filled with the misplaced winterwear purchased by Dorothy Harriot. I always, always lost my coat.

So, in fifth grade, when I begged my mother to buy me a "goosedown" – a feather-filled ski jacket with removable sleeves that had become the latest fashion, of course she gave me a lecture about how I'd have to suffer frostbite and hypothermia for the next two winters if I lost my puffy coat. The day my mother bought that goosedown from the Army Navy store was the second-happiest day of my sartorial life, exceeded only by the parachute pants and Ghostbusters tee I received for my birthday a few years later.

One day, I was walking home from elementary school, which required me to walk past the hangout spot where all the thugs cut school to smoke cigarettes and look at "nekkid magazines." I was in one of my trademark dazes when the scent of menthol-laced smoke alerted me to the fact that I was being followed. By the time I tried to run, it was too late. This crew surrounded me and demanded I give up the goosedown. I thought of my mother's wrath. I thought of all the long-lost jackets from the past, from the bootleg Members Only to the Sears Toughskin with corduroy sleeves. I thought of my mother's frostbite warning and the days in the middle room solitary confinement in my future.

I refused. They beat it off me. I struggled so hard that, while they got the body of the jacket, they couldn't get the sleeves. But what good are warm arms when you're walking home with the rest of your body fighting off cold? Of course, I kept it a secret. I wasn't embarrassed about the mugging as much as I was afraid of my mother's wrath when she realized that I no longer had the item on which she had spent an entire $56. I knew she wouldn't buy the mugging story. I had to get it back before she found out. So instead of telling her that I had been robbed, I told my two older cousins, Fred and Squeak, along with my best friend, James Bond. They were already in junior high. They probably knew the culprits. A few days later, as I shivered home from school, avoiding the Newport shortcut, they yelled out for me to come over. They had found it!

There, wearing my sleeveless goosedown was my next-door neighbor, Freaky-D. Freaky-D wasn't big, but he was fearless. At thirteen, he was already smoking marijuana and drinking Colt 45. Apparently, he had been casing my goosedown for months. Surrounded by my investigative squad, Freaky-D swore that he had owned the coat for over a year. His friends, whom I recognized as the muggers, backed him up. They corroborated his story, insisting that he had had the coat for over a year. After a few minutes of interrogation, Double-O, Fred, and Squeak bought his story and let him go. As they walked away, Freaky-D let me know it wasn't over. "Imma remember this, Mikey," he yelled. Freaky-D don't steal!"

The next morning I was called into the principal's office. Sitting there was my mother, along with Freaky-D and the vice principal of the Hartsville Union High School. With tears in his eyes,

Freaky-D recounted how I had masterminded the plot to convince my friends to steal his jacket. As illogical and preposterous as it sounded to me, to the jury in the principal's office, Freaky-D's testimony was perfectly plausible.

I vehemently objected to Freaky-D's lie, explaining that there was no evidence for this wholly untrue story. He was the real jacket thief. Unbeknownst to me, Freaky-D had proof, which was why my mother was summoned to the school. Staring a hole into my soul, she reached into my bookbag and pulled out the evidence that confirmed the true history of the goosedown jacket … the sleeves of which matched perfectly.

The top 5 most-repeated words for BAF2 were coat (18), jacket (15), mother (12), lost (10), and story (9). Total occurrence vis-à-vis Shock Exchange is 121% (64 ÷ 53).



Total occurrence for the next four most-repeated words are also 121% (46 ÷ 38).



# BAF – 3

What you are about to read is a story. The names have not been changed to protect the guilty. In most history books, America is colonized by European "settlers." In chronicling this nation's past, historians recognize that the English, Dutch, Spanish and French colonists are human beings with different backstories, cultures and motivations. We know the political incentives, economic concerns, and social mores that explain away the theft, violence, and genocide they committed against the savage silhouettes that we are too unbothered to name. The people and the cultures whose blood water the stolen landscapes are usually dehumanized by simply remaining anonymous. The stolen Africans are not Akan or Nyamwezi; they are the "slaves." The various indigenous nations who were extinguished are never Oceti Sakowin or even Iroquois; they are just "Indians" or, at most, "Native Americans." Yet, somehow, the states and colonies that replace them have borders, legislatures, and distinguishable features.

Black AF History does not upset this timeless tradition of American scholarship. It uses the same scholarly conventions to which we have become accustomed. To make sure the reader isn't disoriented by a new historical standard, this book recognizes that the English, Dutch, Spanish, and French land thieves are just "white people." While it may sometimes seem abrasive, confrontational, and even dismissive, this book recognizes that the only difference between a burglar and a "settler" is who writes the police reports. In fact, the only difference between the Black AF version of history and the way America's story is customarily recounted is that whiteness is not the center of the universe around which everything else revolves.

While this book does not seek to deify whiteness, it also does not obfuscate the flaws of Black heroes. In this history, Martin Luther King Jr. is a human being who is sometimes afraid. Booker T. Washington and W.E. Du Bois are rivals, but their ultimate goal is the same – to get free. In this book, enslaved Africans are not victims, they are warriors from the Ashanti Kingdom and the founding fathers of the Gullah culture and the creators of America's first democracy.

And while this book is not a complete history of Black people in America, it acknowledges that too much has been stolen for that to ever exist. In this book, there is no America. In this book, the country we know as the United States is just a parcel of land that was stolen and repurposed as a settler state using European logic and the laws of white supremacy. This book is a story about a strong-arm robbery. It is about family and friends trying to recover what was stolen. It is the testimony, and the verdict that jury of our peers has never heard.

I can do that in my history. Freaky-D taught me that. Years later, I asked Freaky-D about the jacket. He acknowledged the he knew it was stolen when he bought it from the thieves. According to Freaky-D, the guys strung him along about the sleeves for days, promising that they would eventually be delivered. He claims he didn't know the coat was mine until Fred, Double-O, and Squeak confronted him about it, which is when he came up with the plan to get the sleeves. And because all history is infused with the historian's values, in Freaky-D's version of history, receiving stolen property doesn't make him a thief.

Like Freaky-D, America don't steal. This is the Black AF history of America. This book is the sleeves.

The top 5 most-repeated words for BAF3 were history (14), America (11), Black (10), book (8) and story (8). Total occurrence vis-à-vis Shock Exchange is 96% (51 ÷ 53).




Total occurrence for the next four-most repeated works vis-à-vis Shock Exchange is 97% (37 ÷ 38).



## BAF – 4

I have an uncle named James. For most of my life I had no idea his name was James. To me, he was "Uncle Junior." James Harriot Jr. was alternately a salesman of marijuana, a Black Panther, Vietnam veteran, and a trusted deacon of the church. He knew things. A lot of things. Like how to use a bandsaw, or bait a hook with a worm. He was infinitely more complex than that, but to me at age ten, that was the essence of Uncle Junior.

One sweltering summer day, I was visiting his house, which sat on a pond with actual peacocks running in the yard, playing outside with my cousin. We asked Uncle Junior for some water, and he made us stand on the porch and drink it, ensuring that we were not committing the ultimate sin of Black households – running "in and out that door." When he collected the drinking glasses, I remember looking through the screen door, watching him put a record on the turntable. I can never forget the music that came out.

He said their names were Earth, Wind & Fire. I want to say that Earth, Wind & Fire is the greatest band in history, but there might be white people reading this book, and I wouldn't want to cause any Beatles fans to have a conniption. I honestly don't know what a conniption is, but my uncle Junior said it a lot. All I know is that it is a medical emergency that is nearly as dangerous as a hissy fit, which is the deadliest kind of fit. But this is not the time for that. This is the time for understanding that Earth, Wind & Fire is basically Jesus-less gospel music. I'm willing to bet you aren't aware of just how many Earth, Wind & Fire songs you know, because they are as ubiquitous as church hymns. And to top it off, they had the three elements of all Great Black Music.

1. They wore jumpsuits. All great music acts must wear jumpsuits. It is a mandate passed down from the Godfather of Soul's backing band, the J.B.'s. Since then, if you want to be great, there must be a point in your career where you must dress like a NASCAR crew that fell in a vat of sequins and rhinestones. Many people wonder why Andre 3000 dressed so weird, but I saw Outkast in concert last summer and Dre dressed exclusively in jumpsuits, and I realized: Ya'll won't let him be great.
2. Falsetto. Prince. Eddie Kendricks. Michael Jackson. Phillip Bailey. All great Black singers must have an extra octave that is reserved for the Holy Ghost and heartbreak.
3. A Horn Section. I don't care what kind of music you are playing – the fact is, everything sounds better with a horn section. Everything. Everyone since the beginning of time knows it. Ask Joshua how he brought down the walls of Jericho. Ask a soldier what instrument he wants played at his funeral. Ask Jesus what sound will signal his return.

Uncle Junior loved Earth, Wind &Fire, which of course, meant that I became obsessed with Earth, Wind & Fire. And, according to him, the only proper way to listen to "The Elements" was on vinyl. Of course, he owned compact discs and cassettes, and even had an eight-track tape player. But for my eldest uncle, Earth, Wind & Fire albums should only be played in their purest form, from beginning to end. Luckily, my favorite EWF tune was the second song on the first side of their album That's the Way of the World.

Have you ever heard That's the Way of the World? If you are Black, the answer is yes. If you have ever been to a cookout, the answer is yes. If you have an aunt who owns a leather miniskirt or a leopard-print blouse, the answer is yes. If you have ever smelled incense burning in a room with a ceiling fan, the answer is yes. To this day, every time I hear it, I remember what joy sounds like. What love tastes like. What home feels like. All of a sudden, I'm a kid again, standing on my uncle's porch, listening to my aunts tell stories through the screen door while my uncle Junior explained the way of the world.

The five repeated words for BAF4 were uncle (17), junior (15), music (12), story (11), and family (10). Total occurrence vis-à-vis Shock Exchange is 123% (65 ÷ 53).



Total occurrence for the next four most-repeated words vis-à-vis Shock Exchange is 121% (48 ÷ 38).



# BAF – 5

Uncle Junior loved Earth, Wind &Fire, which of course, meant that I became obsessed with Earth, Wind & Fire. And, according to him, the only proper way to listen to "The Elements" was on vinyl. Of course, he owned compact discs and cassettes, and even had an eight-track tape player. But for my eldest uncle, Earth, Wind & Fire albums should only be played in their purest form, from beginning to end. Luckily, my favorite EWF tune was the second song on the first side of their album That's the Way of the World.

Have you ever heard That's the Way of the World? If you are Black, the answer is yes. If you have ever been to a cookout, the answer is yes. If you have an aunt who owns a leather miniskirt or a leopard-print blouse, the answer is yes. If you have ever smelled incense burning in a room with a ceiling fan, the answer is yes. To this day, every time I hear it, I remember what joy sounds like. What love tastes like. What home feels like. All of a sudden, I'm a kid again, standing on my uncle's porch, listening to my aunts tell stories through the screen door while my uncle Junior explained the way of the world.

Perhaps the only thing Uncle Junior loved more than the group he called "The Elements" was correcting people's stories. Whenever my family members gathered, the children would usually sit on the floor while the adults entertained each other with stories that stretched back generations. And without a doubt, every time somebody got "creative" with their version of a "vent," Junior was there to make sure the truth was told. When my mother recounted the tale of the time Uncle Junior brought home a skittish black cat and hid it in the bathroom closet so my grandparents wouldn't know about it, and how that cat went on to leap out in the middle of the night and nearly claw her to death, Uncle Junior reminded her that the cat was technically more of a midnight gray, and in reality, it barely scratched her. When my aunt Marvell delighted us with the story of how my grandfather saved an entire family from a blazing house fire, he would interrupt to point out that it was mostly smoke and very few flames. He would eventually take over the story and tell it with less hyperbole, yet still, he would somehow make his version the more interesting one. He was a living, breathing fact-checker; a human footnote with impeccable storytelling technique. It was his passion.

Uncle Junior wasn't necessarily a killjoy, either; he was just someone who was as concerned about the fidelity of the family stories as he was about imparting history of the sound of God's house band. Knowing this, I would sometimes use this particular idiosyncrasy to endear myself to him. If Uncle Junior wasn't at a family gathering, I would call him up afterward and regurgitate the stories back to him while he made his corrections. I trusted his version would be the definitive version and more interesting. But truthfully, I didn't really care about the family epics as much as I just enjoyed hearing him attempt to rectify the misrepresented facts. Not only was it hilarious to me, but it gave me a chance to have one-on-one time with my uncle. This ongoing habit didn't just strengthen my storytelling muscle and inform me about my family, it also taught me not to trust anyone's version of history unless I corroborated it with an independent source, which, ironically enough, is the same method I used to learn the history of America.

The top five repeated words for BAF5 were uncle (13), junior (12), story (11), music (10), and America (9). Total occurrence for BAF5 vis-à-vis Shock Exchange is 104% (55 ÷ 53).




Total occurrence for the next four most-repeated words is 111% (42 ÷ 38).



# BAF – 6

If all else failed, we could simply "follow the drinking gourd," which of course was the code name for the Big Dipper. I volunteered to show them how to find the Big Dipper in the night sky, because you never knew if the fugitive slave catchers had an APB out on our canary yellow station wagon. While they had no interest in learning about the Underground Railroad-based astronomy, my grandmother did have one question. "Mikey, where did you learn all this stuff from, boy?" she asked. Now I was confused. I couldn't tell if she was impressed or perturbed. She had always told me that there are no stupid questions, but she was coming dangerously close to proving her adage wrong. "Where do you think I learned it?" I replied. "The middle room."

In 1952, James and Marvell Harriot built a house for their eight children in Hartsville, South Carolina, a scant twenty-two miles from the forced labor camp where James S. Bradley enslaved 253 human beings, including Marvell's great-great-grandfather Ervin. The Harriot house had four bedrooms, one bathroom, a dining room, and a living room you enter only if you were entertaining company, had obtained verbal permission, or if somebody who had the Holy Ghost died. But the best room was in the center of the house, a den-style family room that would eventually be called the "middle room." Five generations of the Harriot family would play, pray, laugh, sing, dance, and learn about the world from the middle room's vantage point. Long before I was born, my grandfather lined the entire middle room with sturdy oak shelves, and over the years, to this very day, everyone in the Harriot clan has deposited their books there. It rivals almost any independent bookstore and some libraries, with stacks and stacks of books on topics from science fiction to history. It also contained a state-of-the-art television set, turntable, and hi-fi eight-track tape player that mostly played James Cleveland albums, episodes of Trapper John, M.D., and election results. The burnt umber carpet was where I learned how to play Uno, Spades, and Acey-Deucy (the remedial version of backgammon). The middle room was also a stage for family talent shows, a courtroom, and – most importantly – the homeroom, study hall, and resource center for all four pupils enrolled in the Dorothy Harriot Elementary School for Dorothy Harriot's Children.

When I was a child, my mother chose to homeschool my sisters and me. As an adult, she informed me that my early homeschooled education was an experiment due to her belief that "a Black child cannot fully realize their humanity in the presence of whiteness." Although she drilled us on mathematics, grammar and the Bible, our schooling was primarily self-directed, courtesy of the middle room. I read anything and everything, which led to many awkward incidents, like the strange side-eye I received at church after I read The Autobiography of Malcolm X at nine years old and began each sentence with "if it is Allah's will." When I was twelve, after reading the science-fiction novel The Soul of a Robot, I stumbled across W.E.B. Du Bois's The Souls of Black Folk. That couldn't be much different, right? I was scarcely two pages in when I read this …

Reading this, my brain fired off a dozen questions. Where was this alternative universe that had reduced Blackness to an afterthought? And through whose eyes did Du Bois see himself? I would later discover The Mis-Education of the Negro, in which Carter G. Woodson explains that in the American education system, the entirety of Black people's existence "is studied only as a problem or dismissed as of little consequence." Du Bois eloquently echoed this sentiment,

asking, "Between me and the other world there is ever an unmasked question: unmasked by some through feelings of delicacy; by others through the difficulty of rightly framing it. All, nevertheless, flutter round it. How does it feel to be a problem?"

I eventually realized that my middle room education was the inverse of Woodson's miseducated negro. My mother reverse-engineered a curriculum founded on the words and works of great thinkers like Dorothy B. Porter, Arturo Schomburg, Zora Neal Hurston, and John Edward Bruce, all of whom, in one way or another, are manifestations of Du Bois's mission to manufacture a new measuring tape. I am but a bastard child born with the privilege of wandering into an already constructed house that Du Bois built.

The top five repeated words for BAF6 were middle (12), room (12), history (11), Black (10) and America (9). Total occurrence is 102% (54 ÷ 53).



Total occurrence for the next four most-repeated words is 111% (42 ÷ 38).

