# EXHIBIT I

Below is a side-by-side comparison of passages from *Black AF* and *Shock Exchange*.

| ***Black AF*** | ***Shock Exchange*** |
|---|---|
| **(I)** I remember when I discovered America. It happened around 8 p.m. on November 4, 1980 – the night Ronald Reagan was elected president. I was on my knees, crying, sending desperate pleas to my Lord and Savior Jesus when I was interrupted by my grandmother summoning me … When she saw tears streaming down my face, she asked what was wrong. I confessed … I was listening to grown folks talking. I told her that I couldn't understand how she was so calm when our worst fears had been realized … I spilled the beans about how I overheard her tell my mother a few weeks ago, **"If Reagan is elected, he'll send Black people back in the cotton fields."** That sent my mind spinning. I didn't know how to pick cotton … After my grandmother finished explaining the sarcasm … I felt relieved, albeit a bit embarrassed. I still wasn't quite sure if they were trying to make me **feel better about our impending enslavement** … (Pages 2-3) | I watched the 1980 presidential election in the living room with my mother. We watched as the states rolled in – Reagan was defeating Jimmy Carter by a landslide. But there was still hope. Up next was Virginia, which has always been a Republican state. When the screen showed Reagan had taken Virginia by a huge margin and it was clear he was going to be the next president, Suzie exclaimed, **"Black folks are going to catch hell now!"** I slid over out of arms' reach and asked, "Why?" Never looking at her smart-aleck teenaged son, she said cryptically, "Just wait and see." P. 75<br><br>Reagan's so-called war on drugs turned out to be nothing more than a war on African Americans. The increase in incarceration for low-level drug offenders and mandatory sentencing led to black men becoming the most incarcerated group in the world. The policy has eradicated black families … When Reagan said "big government was bad," what African Americans heard was "Reagan wants to put us out of work."P.80 |
| **(II)** African Americans registered to vote in droves. South Carolina's Black voters quickly outnumbered whites. In 1968 the Black majority elected Francis Lewis Cardozo as the South Carolina secretary of state … Black voters also sent Richard Cain, superintendent of AME missions and pastor of the historic Emmanuel AME Church … to the state senate. In the state house of representatives was Union veteran and hero notorious Robert Small. By 1870, the lieutenant governor of South Carolina was Black. A Black man was on the state's supreme court. And the state house of representatives was *majority Black* | Prior to the Conservative Democrats gaining favor in the late 1880s, Virginia politics was controlled by the Readjuster Party, co-founded by Confederate General Robert William Mahone and Harrison Riddleberger, a lawyer from Woodstock, Virginia. After the Civil War, Virginia was left with debt of approximately $50 million …<br><br>After West Virginia seceded from the state, 'Readjusters' felt the debt should be readjusted downward and West Virginia should pay its fair share of the debt burden. Mahone and Riddleberger formed coalitions |

| | |
|---|---|
| … and as soon as they ascended into office they started exercising Black power … Black power was real … They controlled the political base in the cities and states. There was only one choice for the cowards. They summoned the mob. Pages 199-200<br><br>Across the country … states passed segregation laws and disenfranchised Black people en masse. | with progressive thinking factions and took advantage of blacks' growing political power. William E. Cameron was elected governor from the Readjuster Party in 1882. At the time, three state senators and 11 delegates were black.<br><br>Cameron's administration passed progressive legislations like the abolition of anti-black voting regulations, the establishment of Virginia State University, and increased funding for public schools. Both Republicans and Democrats alike wanted to quell black advancement, which meant destroying the Readjuster Party. By 1883 the Readjusters had lost majority control of the state legislature and the governorship to the Conservative Democrats. By 1902 the state legislature passed laws which eliminated voting rights of blacks, and stated for the first time that the races were to be educated at separate schools. |
| **(III)** Unlike Colvin, Browder, McDonald, Smith, and Reese, Parks planned her protest. She served as secretary for the Montgomery chapter of the NAACP and had participated in civil rights activities for more than a decade … When Professor Robinson heard of Parks's arrest, she was fed up. After her prized student Browder had been arrested for the same thing, Robinson tried to convince her organization, the Women's Political Council, to organize a citywide bus boycott … they printed thirty-five thousand flyers calling for a one-day citywide boycott and passed them out to local churches …<br><br>On December 5, 1955, a group of leaders formed the Montgomery Improvement Association (MIA) and asked Robinson to lead it … Nixon suggested a younger face for the movement, nominating the new pastor of **Dexter Avenue Baptist Church**: the | Prince Edward County had a segregated school system, which was condoned by the government as long as schools were "separate but equal." However, in 1951 450 students at Robert Russa Moton High School walked out to protest what they deemed to be an inferior education at inferior facilities … Barbara Johns was the niece of Vernon Johns, a famous preacher at the Dexter Avenue Baptist Church in Montgomery, Alabama. Johns also hailed from Prince Edward County and was considered one of the top African American preachers of his day. Johns was branded a radical, as he was staunchly opposed to segregation … Sermons like "It's Safe to Murder Negroes in Montgomery," a failed protest against blacks having to set in the back of the bus and an attempt to eat at a "whites only" restaurant caused angst among the members at Dexter Avenue. |

| | |
|---|---|
| Reverend Martin Luther King, Jr. Unlike the women who stood up for their rights, King was reluctant. He wanted a more low-key position. | After four years, Johns and Dexter Avenue parted ways. Afterwards, the church sough a less-established and less-controversial preacher. It settled on **Martin Luther King, Jr.** Though King gained notoriety for his **bus boycotts** and nonviolent marches, he credited Johns … Pages 4-5 |
| **(IV)** NAACP attorney Fred Gray decided to get involved … Gray won the case in U.S. district court, but the city appealed to the Supreme Court. On December 17, 1956, the Supreme Court rejected the city's appeals, affirming the district court's ruling in *Aurelia S. Browder, et al. v. W.A. Gayle, et al.* Segregation was unconstitutional on Montgomery city transportation, and on December 20, 1956, the Montgomery boycott ended. Pages 275-276 | While Johns was in Montgomery during the school walkout, he advised his niece over the telephone. Lawyers from the Virginia Chapter of the NAACP, along with students and the townspeople, filed a legal case to end segregation altogether. In May of 1951 they filed *Davis, et al. v. County Board of Prince Edward County* in the federal district court in Richmond … On appeal, the case was bundled with four other cases that collectively made up the 1954 landmark case of *Brown v. Board of Education of Topeka*, overturning segregated schools in the U.S. |
| **(V)** President Nixon fixed the profit problem by declaring a "war on drugs." In 1970, almost 200,000 Americans were in prison. By 1985 there were almost 482,000. By the end of 2019, there were 1.4 million people locked up in U.S. prisons … P.328 | U.S. incarceration rate increased 200 per 100,000 U.S. residents in the mid-90s to 743 per 100,000 residents in 2010. |
| **(V)** You're in South Carolina where Black people make up around 28 percent of the population and 58 percent of the states incarcerated people.<br><br>Black Americans were incarcerated at nearly five times the rate of whites. | Critics blamed the war on drugs for abnormally high incarceration rates for African Americans (4,797 per 100,000) versus white males (708 per 100,000). |
| **(VI)** We have always known that arresting drug dealers and drug users doesn't affect the proliferation of drugs. P.378 | Instead of reducing the level of violent crime in America, the war on drugs has resulted in a frequent number of arrests for low-level drug transactions and non-violent offenders; about 50% of the U.S. prison population represents non-violent crimes. Nor will it ever reduce drug trafficking. |

I: *Shock Exchange* describes how he and Suzie (his mother) watched the 1980 election results. After it was clear Ronald Reagan would win, Suzie predicted Blacks were **going catch hell** under Reagan. Harriot repeats this sentiment. Harriot reminisces about the night of the 1980

presidential election. Harriot "claims" he was praying out of fear that Ronald Reagan would get elected because he grandmother had predicted Reagan would **send Blacks back into the cotton fields** (back to slavery).

Suzie predicted doomed for Blacks, **"Just wait and see."** Harriot claimed he had angst over the impending doom Blacks' faced under Reagan, carefully imitating the narrative from *Shock Exchange*. Suzie's prediction came true as Reagan's war on drugs resulted in (i) Blacks being arrested at historic levels, and (ii) Blacks being laid off from "good government jobs."

In 1980 Plaintiff was 13 years old, and becoming political aware. This was the first election Plaintiff ever tried to analyze and determine how it the president would shape the world. Plaintiff understands Harriot was born in 1972, and would have been eight years old. It strains credulity that a third grader would have the same discernment about politics or the world as an eighth grader.

Coincidentally, in the 1619 Book, Kiese Laymon "claims" that in 1984 his sister warned him about Reagan:

> … Rae kept saying that Jesse's speech was going to do for us what Reagan's speech did for white folks at the Neshoba County fair four years ago. Ronald Reagan came to the fair and said some words like 'states rights …' Those words made Rae, Mama and Granny, and our whole church so scared we had to leave … Rae told me that **Ronald Reagan came to Mississippi to offer white folks an all-you-can-eat buffet of Black suffering.**[1]

Plaintiff understands Kiese Laymon was born in 1974. In 1984 he would have been 10 years old and in 1980, when Reagan made his speech in Neshoba county, Laymon would have been six years old. The fact pattern suggests that Harriot, Laymon and other Agents are mimicking *Shock Exchange* and making the rest up as they go along.

II: *Shock Exchange* describes the rise of the Readjuster Party in Virginia during reconstruction. The Readjusters won on the strength of the black vote. Afterwards, Blacks were being elected as state senators and delegates, and passed progressive laws and helped shaped laws. The opposition parties destroyed the Readjuster Party by disenfranchising blacks.

*Black AF* describes the rise of black political power during reconstruction. To quell black advancement, whites disenfranchised blacks and denied them the right to vote.

III: *Shock Exchange* describes how black teenagers in Prince Edward County walked out of the school, boycotting unequal conditions vis-à-vis white schools. In some respects, this could be considered the beginning of the civil rights movement. Teenager Barbara Johns was being advised by Vernon Johns, her uncle and minister at Dexter Avenue Baptist Church in

---

[1] Nikole Hannah-Jones, The 1619 Project: A New Origin Story, Page 413.

Montgomery, Alabama. Vernon Johns led boycotts in Alabama, protesting Blacks having to sit in the back of the bus, among other things. He was considered too radical for the congregation and replaced by Martin Luther King, Jr.

*Black AF* describes how Martin Luther King, Jr. led a boycott in Montgomery, Alabama against Blacks having to sit at the back of the bus.

IV: *Shock Exchange* describes how in 1951 Blacks in Prince Edward County to protest an unequal school system, ultimately leading to the de-segregation of public schools. *Black AF* describes how citizens of Montgomery filed a lawsuit, ultimately leading to the de-segregation of city transportation. *Shock Exchange* illustrates how Blacks' fight for civil rights was two-part movement. This is Plaintiff's unique expression. Harriot and *Black AF* carefully imitate it with an attempt to supersede it. It is not a scene-a-faire to discuss reconstruction and the civil rights movement – any other movement or any other period – simultaneously.

V: *Shock Exchange* describes how mass incarceration has exploded, which Black AF repeats.

VI: *Shock Exchange* describe how simply arresting drug dealers will not stop drug dealing, which Black AF repeats.