October 11, 2026

RECEIVED
SDNY PRO SE OFFICE
2026 OCT 13 PM 3: 18

Hon. Henry J. Ricardo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21D
New York, NY 10007

Re: *Baker v. DuVernay, et al.,* 1:26-cv-08385. Request For Court Order Directing Pennsylvania Department of Transportation To Release Driving History For Marie Gottschalk

Dear Magistrate Judge Ricardo:

I, Ralph W. Baker, Jr. ("Plaintiff"), respectfully asks the Court for a court order directing the Pennsylvania Department of Transportation ("PennDOT") to release the three year driving history and current address for Marie Gottschalk ("Gottschalk" or "defendant"). Ms. Gottchalk is a defendant in *Baker v. Duvernay, et al.* Plaintiff is attempting to access defendant's driving record, which would provide defendant's primary residence for which to serve defendant with the Complaint. However, PennDOT will not release this information to a self-represented litigant.

Plaintiff understands that PennDOT would provide the information under court order. Plaintiff would use this information for service of process purposes only.

Respectfully yours,

Ralph W. Ba

Ralph W. Baker, Jr.