AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-08385

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* VERA INSTITUTE
was received by me on *(date)* 10/26/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/27/2026

______________________
*Server's signature*

RALPH W. BAKER, JR.
*Printed name and title*

112 SOUTH ELLIOTT PLACE
BROOKLYN, NY 11217
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 4201123220219534614628316295125712

**Copy** **Add to Informed Delivery**

### Latest Update

Your item was delivered in or at the mailbox at 3:46 pm on October 26, 2026 in BROOKLYN, NY 11232.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, In/At Mailbox**

BROOKLYN, NY 11232
October 26, 2026 3:46 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**