AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-08385

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* California State University, Los Angeles was received by me on *(date)* 10/28/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I SERVED THE SUMMONS ON DEFENDANT'S REGISTERED AGENT

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2026

Ralph W. Baker

*Server's signature*

RALPH W. BAKER, JR.

*Printed name and title*

112 SOUTH ELLIOTT PLACE
BROOKLYN, NY 11217

*Server's address*

Additional information regarding attempted service, etc:

**ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGI...**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 420908024210953461462831629512575 0

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:26 am on October 28, 2026 in LONG BEACH, CA 90802.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

LONG BEACH, CA 90802
October 28, 2026 10:26 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

**Text & Email Updates**

---

**USPS Tracking Plus®**

---

**Product Information**

**See Less**