MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Marissa B. Lewis
(917) 546-7695 Phone
mbl@msk.com

November 5, 2026

**VIA ECF & EMAIL**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *Baker v. DuVernay, et al.*, No. 1:26-cv-08385 (KPF) (S.D.N.Y.)

Dear Judge Failla:

This firm represents defendant Netflix, Inc. ("Netflix") in the above-captioned action.

Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice, we write to respectfully request an extension of Netflix's deadline to answer or otherwise respond to the Complaint. According to the proof of service filed by plaintiff Ralph W. Baker, Jr. ("Plaintiff"), Netflix was "served" on October 26, 2026, and therefore Netflix's deadline to answer or otherwise respond to the Complaint is November 16, 2026.[1] *See* Dkt. No. 34.

On October 27, 2026, the Court ordered Plaintiff to show cause, by December 15, 2026, why his claims should not be dismissed in whole or in part. *See* Dkt. No. 35. Because the Court's ruling on the Order to Show Cause may dispose of some or all of Plaintiff's claims, Netflix respectfully requests that its deadline to answer or otherwise respond to the Complaint be extended until thirty days after the Court rules on the Order to Show Cause, to the extent any claims against Netflix remain.

On November 2, 2026, counsel for Netflix emailed Plaintiff to request his consent to this extension, and asked that he respond by November 4, 2026. As of the date of this filing, Plaintiff has not responded.

This is Netflix's first request for an extension of this deadline. The requested extension does not affect any other scheduled dates.

[1] Netflix does not concede that Plaintiff effectively served Netflix with the Summons and Complaint. Netflix expressly reserves all defenses, including insufficient service of process.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Marissa B. Lewis*

Marissa B. Lewis

cc: Ralph W. Baker, Jr. (via email and First-Class Mail)
112 South Elliott Place
Brooklyn, New York 11217
ralphbakerjr@msn.com

The Court has reviewed Defendant Netflix's letter motion for an extension to answer or otherwise respond to the Complaint. Plaintiff has filed no opposition to this request.

Accordingly, Defendant's application is GRANTED. Because the Court's ruling on the Order to Show Cause ("OTSC") may dispose of some or all of Plaintiff's claims, Netflix shall answer or otherwise respond to the Complaint **30 days** after the Court hands down its decision on the OTSC. (*See* Dkt. #35).

The Clerk of Court is directed to terminate the pending motion at docket entry 51.

Dated: November 10, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE