UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH W. BAKER, JR.,

Plaintiff,

v.

AVA DUVERNAY, SPENCER AVERICK, ARRAY FILMWORKS, MS. OPRAH WINFREY, MICHELLE ALEXANDER, MELINA ABDULLAH, UNITED STATES, JELANI COBB, ANGELA DAVIS, BAZ DREISINGER, HENRY LOUIS GATES, JR., MARIE GOTTSCHALK, JOHN HAGAN, MICHAEL HARRIOT, VAN JONES, GLENN E. MARTIN, MARC MAUER, KHALIL GIBRAN MUHAMMAD, KEVIN GANNON, RASHAD ROBINSON, BRYAN STEVENSON, NICHOLAS TURNER, BRENNAN CENTER FOR JUSTICE, MICHAEL WALDMAN, WILLIAM J. CLINTON, HILLARY RODHAM CLINTON, CORNELL WILLIAM BROOKS, DERRICK JOHNSON, JEREMY TRAVIS, INIMAI CHETTIAR, TA-NEHISI P. COATES, CHRIS JACKSON, NICOLE COUNTS, VICTORIA MATSUI, ALICIA GARZA, SHERRILYN IFILL, NEW CORPORATION, NETFLIX, INC., CALIFORNIA STATE UNIVERSITY, LOS ANGELES, COLUMBIA UNIVERSITY, UNIVERSITY OF CALIFORNIA, SANTA CRUZ, JOHN JAY COLLEGE OF CRIMINAL JUSTICE, HARVARD UNIVERSITY, UNIVERSITY OF PENNSYLVANIA, NORTHWESTER UNIVERSITY AND DREAM.ORG, JUSTLEADERSHIPUSA, SENTENCING PROJECT, COLOROFCHANGE.ORG, EQUAL JUSTICE INITIATIVE, VERA INSTITUTE OF JUSTICE, GRANDVIEW UNIVERSITY, NEW YORK UNIVERSITY, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, BLACK FUTURES LAB, LEGAL DEFENSE FUND, INCARCERATION NATIONS NETWORK, and WARNER BROS. DISCOVERY, INC,

Defendants.

Case No. 1:26-cv-08385-KPF

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendants **Warner Bros. Discovery, Inc.**, in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case be served on the undersigned at the address stated below.

Dated: New York, New York
November 11, 2026

**DAVIS WRIGHT TREMAINE LLP**

By: */s/ Abigail B. Everdell*
Abigail Everdell
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
(212) 603-6468 – Phone
AbigailEverdell@dwt.com

*Attorneys for Defendant Warner Bros. Discovery, Inc.*