**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RALPH W. BAKER, JR.,

Plaintiff,

-against-

AVA DUVERNAY et al.,

Defendants.

Case No.: 26 Civ 8385 (KPF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Robert E. Griffin, an attorney admitted to practice in this Court, hereby appears in the above-captioned action on behalf of Defendants Vera Institute for Justice and Nicholas Turner and requests that all future papers, notices, or pleadings in this matter be served at the address listed below.

Dated: New York, New York
November 11, 2026

**McDERMOTT WILL & SCHULTE LLP**

*/s/ Robert E. Griffin*
Robert E. Griffin
919 Third Avenue
New York, New York 10022
rgriffin@mcdermottlaw.com

*Attorney for Defendant Vera Institute for Justice and Nicholas Turner*