November 8, 2026

RECEIVED
SDNY PRO SE OFFICE
2026 NOV -9 AM 11:53

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Baker v. DuVernary, et al.*, 1:26-cv-08385

Dear Judge Failla,

Mitchell Silberberg & Knupp LLP ("Mitchell Silberberg") and Netflix, Inc. ("Netflix" or "defendant") requested an extension of 30 days after the Court rules on the order to show cause ("Order to Show Cause") by December 15, 2026 why Ralph W. Baker, Jr.'s ("Plaintiff") claims should not be dismissed. Dkt. 34, Dtk., 51. Plaintiff objects to the request for extention and respectfully asks the Court to deny the request. Plaintiff understands the Court's aim is to "seek the truth" and the Court gets at the truth via an adversarial process. Instead of addressing the claims in the Complaint, Mitchell Silverberg and Netflix would rather respond to Your Honor's decision regarding Plaintiff's response to the Order to Show Cause. Plaintiff deems this request as an attempt to skirt an adversarial process and deny Plaintiff his due process under the Fourteenth Amendment to the U.S. Constitution. U.S. Const. amend. XIV § 1. Mitchell Silberberg and Netflix's request is a backhanded way of saying "Ralph W. Baker, Jr. has no right to sue and federal court and has no rights that Netflix or anyone else needs to observe."

Secondly, if Your Honor wanted Plaintiff to respond to the Order to Show Cause prior to defendants responding to the Complaint then Your Honor could have requested it. Mitchell Silberberg and Netflix are in effect, attempting to defy a court order. Lastly, the request is a clear attempt by Mitchell Silberberg and Netflix to hide behind the Court's skirt and get the Court to advocate for them and answer for them. Netflix does not need any help in divulging "the truth."

The letter intimates that the Complaint fails to state a claim. If this is truly the case then Mitchell Silberberg and Netflix can explain it to the Court by November 16th.

Respectfully yours,

Ralph W. Baker, Jr.