UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH W. BAKER, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AVA DUVERNAY, et al.<br><br>Defendants. | Case No. 1:26-cv-08385-KPF<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 , Defendant Grand View University through its undersigned counsel of record, states the following: Grand View University is a nonprofit corporation organized under the laws of the State of Iowa. Grand View University has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: November 16, 2026

Respectfully submitted,

BELIN McCORMICK, P.C.

Joseph N. Oswald *(Admitted Pro Hac Vice)*
606 Walnut Street, Suite 2000
Des Moines, IA 50309-3980
Telephone: (515) 283-4627
Facsimile: (515) 558-0627
jnoswald@belinmccormick.com
Attorney for Defendant Grand View University

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all registered parties.

Signature: */s/ E. Prout*