WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

31 West 52nd Street
Fifth Floor
New York, New York 10019-6118

o: 212.999.5800
f: 866.974.7329

ELI B. RICHLIN
Internet: ERICHLIN@wsgr.com
Direct dial: 212-497-7781

November 16, 2026

**VIA CM/ECF & EMAIL**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re: *Baker v. DuVernay et al.*, No. 1:26-cv-08385 (KPF)**

Dear Judge Failla:

This firm represents defendant JustLeadershipUSA, Inc. ("JLUSA"), a not-for-profit institution, in the above-captioned action. We submit this pre-motion letter pursuant to Rule 4(A) of Your Honor's Individual Rules of Practice to request that the Court schedule a conference regarding JLUSA's contemplated motion to dismiss Plaintiff's claims.

As background, on November 12, 2026, JLUSA submitted a letter requesting an extension of its deadline to answer or otherwise respond to the Complaint (ECF #64) pending disposition of the Court's Order to Show Cause (the "Order to Show Cause," ECF #35 ); as of the filing of this letter, the Court has not yet ruled on JLUSA's extension request. JLUSA submits this pre-motion letter to preserve its rights, without conceding that Plaintiff served it sufficiently or properly.

Should a motion to dismiss prove necessary, JLUSA will move under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6). As a gating issue, JLUSA expects to assert that Plaintiff has not validly served JLUSA. On the merits, JLUSA will argue that the Complaint fails to state a claim against JLUSA for the reasons previously cited by Your Honor in the Order to Show Cause, and consistent with those in the orders dismissing earlier copyright infringement litigations brought by Plaintiff in this District, which Your Honor referenced in the Order to Show Cause. These include (among others): issue and claim preclusion, timeliness/statute of limitations, and failure to plausibly allege substantial similarity between any work that JLUSA is responsible for and a protectible element of Plaintiff's work. Plaintiff seeks to hold JLUSA responsible for contributory or vicarious copyright infringement, but the allegations as to JLUSA are entirely conclusory, and there can be no derivative liability where there is no primary liability. *See* Order to Show Cause at 9-10.

WILSON SONSINI



Should the claim against JLUSA survive following the Court's decision on the Order to Show Cause, JLUSA respectfully that the Court set a conference or provide leave so that JLUSA may move to dismiss that claim.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Eli B. Richlin*

Eli B. Richlin
31 West 52nd Street, Fifth Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

*Counsel for Defendant JustLeadershipUSA*

cc: All Counsel of Record (via CM/ECF)