UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH W. BAKER, JR.,

Plaintiff,

-v.-

AVA DUVERNAY, SPENCER AVERICK, ARRAY FILMWORKS, MS. OPRAH WINFREY, MICHELLE ALEXANDER, MELINA ABDULLAH, UNITED STATES, JELANI COBB, ANGELA DAVIS, BAZ DREISINGER, HENRY LOUIS GATES, JR., MARIE GOTTSCHALK, JOHN HAGAN, MICHAEL HARRIOT, VAN JONES, GLENN E. MARTIN, MARC MAUER, KHALIL GIBRAN MUHAMMAD, KEVIN GANNON, RASHAD ROBINSON, BRYAN STEVENSON, NICHOLAS TURNER, BRENNAN CENTER FOR JUSTICE, MICHAEL WALDMAN, WILLIAM J. CLINTON, HILLARY RODHAM CLINTON, CORNELL WILLIAM BROOKS, DERRICK JOHNSON, JEREMY TRAVIS, INIMAI CHETTIAR, TA-NEHISI P. COATES, CHRIS JACKSON, NICOLE COUNTS, VICTORIA MATSUI, ALICIA GARZA, SHERRILYN IFILL, NEW CORPORATION, NETFLIX, INC., CALIFORNIA STATE UNIVERSITY, LOS ANGELES, COLUMBIA UNIVERSITY, UNIVERSITY OF CALIFORNIA, SANTA CRUZ, JOHN JAY COLLEGE OF CRIMINAL JUSTICE, HARVARD UNIVERSITY, UNIVERSITY OF PENNSYLVANIA, NORTHWESTERN UNIVERSITY AND DREAM.ORG, JUSTLEADERSHIPUSA, SENTENCING PROJECT, COLOROFCHANGE.ORG, EQUAL JUSTICE INITIATIVE, VERA INSTITUTE OF JUSTICE, GRANDVIEW UNIVERSITY, NEW YORK UNIVERSITY, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, BLACK FUTURES LAB, LEGAL DEFENSE FUND, INCARCERATION NATIONS NETWORK, and WARNER BROS. DISCOVERY, INC.,

Defendants.

26 Civ. 8385 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of applications requesting an extension of time to answer or otherwise respond to the Complaint submitted by Defendants

Nicholas Turner and the Vera Institute of Justice (Dkt. #61), Warner Bros. Discovery, Inc. (Dkt. #62), JustLeadershipUSA (Dkt. #64), Colorofchange.org (Dkt. #69), News Corporation (Dkt. #73), Grandview University (Dkt. #76), and Sentencing Project (Dkt. #78). The Court is also in receipt of the pre-letter motions to dismiss the Complaint submitted by Vera Institute of Justice (Dkt. #82) and JustLeadershipUSA, Inc. (Dkt. #83).

On November 10, 2026, the Court endorsed Defendant Netflix, Inc.'s request for an extension of time to answer or otherwise respond to the Complaint **30 days** after the Court decides the Order to Show Cause ("OTSC"), given that the OTSC may dispose of some or all of Plaintiff's claims. (Dkt. #56). Consistent with this endorsement, Defendants' Turner, Vera Institute of Justice, Warner Bros. Discovery, Inc., JustLeadershipUSA, Colorofchange.org, News Corporation, Grandview University, and Sentencing Project's request for an extension is hereby GRANTED. The aforementioned Defendants — and any other Defendant who has been served and has appeared in this case — shall answer or otherwise respond to the Complaint **30 days** after the Court decides the OTSC.

The Clerk of Court is directed to terminate the pending motion at docket entries 61, 62, 64, 69, 73, 76, 78, 82, and 83. Further, the Clerk of Court is directed to mail a copy of this Order to any self-represented party who has not consented to e-service or e-filing.

SO ORDERED.

Dated: November 17, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge