**MUNCY, GEISSLER, OLDS & LOWE, PC**

Angel Roman Campos
Partner
arc@mg-ip.com

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re: *Baker v. DuVernay, et al.*, No. 26-cv-8385 (KPF) — Defendant Colorofchange.org's Pre-Motion Letter Regarding Anticipated Motion to Dismiss**

Dear Judge Failla:

This firm represents Defendant Colorofchange.org ("Color Of Change") in the above-referenced action.

Pursuant to Section 4(A) of the Court's Individual Rules of Practice, Color Of Change respectfully submits this pre-motion letter in anticipation of a motion to dismiss the Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). Under Rule 4(A), submission of this letter stays Color Of Change's time to answer or otherwise move with respect to the Complaint.

Color Of Change anticipates seeking dismissal on two principal grounds. First, the Court lacks personal jurisdiction over Color Of Change. The organization is incorporated in California, and its registration to conduct business in New York does not, by itself, constitute consent to general jurisdiction. *Aybar v. Aybar*, 37 N.Y.3d 274 (2021). The Complaint also fails to sufficiently allege a basis for specific personal jurisdiction over Color Of Change.

Second, the Complaint fails to state a plausible claim against Color Of Change. The allegations concerning the organization (Compl. ¶¶ 506–509) principally concern its former

CEO, Rashad Robinson, who left Color of Change in 2024, and contain conclusory assertions regarding promotion of allegedly infringing works and purported financial or reputational benefits. They do not sufficiently establish direct infringement or the elements of contributory or vicarious copyright infringement by Color Of Change. The mere fact that Color Of Change previously employed Robinson does not establish liability for his alleged conduct.

Color Of Change also anticipates relying, as applicable, on the preclusion, pleading, and timeliness issues identified in the Court's pending Order to Show Cause (Dkt. 35).

Plaintiff's response to the Order to Show Cause is due December 15, 2026. Because the Court's ruling may dispose of some or all claims against Color Of Change, we respectfully request that the Court defer any pre-motion conference or briefing schedule until it resolves that Order.

Color Of Change previously requested an extension of its response deadline pending the Court's ruling (Dkt. 69). This letter is submitted to preserve its procedural rights. Color Of Change does not concede proper service and reserves all available defenses.

The proposed motion is not on consent. Plaintiff has not responded to counsel's prior request concerning an extension of the response deadline.

Dated: November 17, 2026

Respectfully submitted,

/s/ Angel Roman Campos

Angel Roman Campos
Muncy, Geissler, Olds & Lowe, P.C.
Counsel for Defendant Colorofchange.org

cc: Ralph W. Baker, Jr. (via email and USPS Certified Mail)

For the reasons set forth in the Court's November 17, 2026 Order (Dkt. #86), Defendant's application is GRANTED. The Court defers any pre-motion conference until after the resolution of the Order to Show Cause (Dkt. #56).

The Clerk of Court is directed to terminate the pending motion at docket entry 85.

Dated: November 18, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE