**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RALPH W. BAKER, JR.

Plaintiff,

v.

AVA DUVERNAY, et al.,

Defendants.

Case No.: 1:26-cv-08385-KPF

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joanna A. Diakos of K&L Gates LLP, with offices at 599 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendant University of California, Santa Cruz in the above-captioned action and requests that notice of all matters arising herein and all documents and papers in this case be served on the undersigned at the address stated below. I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
November 18, 2026

Respectfully submitted,

By: */s/ Joanna A. Diakos*
Joanna A. Diakos
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-4807
Email: joanna.diakoskordalis@klgates.com

*Counsel for Defendant University of California, Santa Cruz*