GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

**DANIEL B. FIX**
dfix@grsm.com
Direct (914) 315-2748

440 Mamaroneck Avenue, Suite N210
Harrison, NY 10528
www.grsm.com

November 19, 2026

**VIA ECF & EMAIL**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re:** *Baker v. DuVernay, et al.*, No. 1:26-cv-08385 (KPF) (S.D.N.Y.)

Dear Judge Failla,

This firm represents defendant Dream.org ("Dream") in the above-captioned action.

Pursuant to Rule 2(C)(i) of Your Honor's Individual Rules of Practice, we write to respectfully request an extension of Dream's deadline to answer or otherwise respond to the Complaint. According to the proof of service filed by plaintiff Ralph W. Baker, Jr. ("Plaintiff"), Dream was "served" on October 29, 2026, and therefore Dream's deadline to answer or otherwise respond to the Complaint is November 19, 2026.[1] *See* Dkt. No. 48.

On October 27, 2026, the Court ordered Plaintiff to show cause, by December 15, 2026, why his claims should not be dismissed in whole or in part. *See* Dkt. No. 35. Because the Court's ruling on the Order to Show Cause may dispose of some or all of Plaintiff's claims, Dream respectfully requests that its deadline to answer or otherwise respond to the Complaint be extended until thirty days after the Court rules on the Order to Show Cause, to the extent any claims against Dream remain.

This is Dream's first request for an extension of this deadline. The requested extension does not affect any other scheduled dates.

[1] Dream does not concede that Plaintiff effectively served Dream with the Summons and Complaint. Dream expressly reserves all defenses, including insufficient service of process.

We thank the Court for its consideration.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Daniel B. Fix.*

Daniel B. Fix

For the reasons set forth in the Court's November 17, 2026 Order (Dkt. #86), Defendant's application is GRANTED. The Court defers any pre-motion conference until after the resolution of the Order to Show Cause (Dkt. #56).

The Clerk of Court is directed to terminate the pending motion at docket entry 92.

Dated: November 20, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE